AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Philippe Lagace, individually and on behalf of all others similarly situated,<br>*Plaintiff*<br>v.<br>Jiangbo Pharmaceuticals, Inc.<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.<br>)  **11-22556-CV-Cooke/Turnoff**<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* JIANGBO PHARMACEUTICALS, INC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Laurence M. Rosen, Esq.
> The Rosen Law Firm, P.A.
> 275 Madison Avenue, 34th Floor
> New York, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: **July 18, 2011**

Steven M. Larimore
Clerk of Court

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

**SUMMONS**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Philippe Lagace, individually and on behalf of all others similarly situated, | ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Jiangbo Pharmaceuticals, Inc. | ) ) | **11-22556-CV-Cooke/Turnoff** |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Huang Lei

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Laurence M. Rosen, Esq.
>The Rosen Law Firm, P.A.
>275 Madison Avenue, 34th Floor
>New York, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **July 18, 2011**



Steven M. Larimore
Clerk of Court

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Philippe Lagace, individually and on behalf of all others similarly situated, *Plaintiff* | ) ) ) ) | |
| v. | ) | Civil Action No. |
| Jiangbo Pharmaceuticals, Inc. *Defendant* | ) ) ) ) | **11-22556-CV-Cooke/Turnoff** |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* JIN LINXIAN

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Laurence M. Rosen, Esq.
>The Rosen Law Firm, P.A.
>275 Madison Avenue, 34th Floor
>New York, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: **July 18, 2011**

Steven M. Larimore
Clerk of Court

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Philippe Lagace, individually and on behalf of all others similarly situated,<br>*Plaintiff*<br>v.<br>Jiangbo Pharmaceuticals, Inc.<br>*Defendant* | Civil Action No.<br>**11-22556-CV-Cooke/Turnoff** |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Michael Marks

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Laurence M. Rosen, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **July 18, 2011**



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | ) | |
|---|---|---|
| Philippe Lagace, individually and on behalf of all others similarly situated, | ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Jiangbo Pharmaceuticals, Inc. | ) ) | **11-22556-CV-Cooke/Turnoff** |
| *Defendant* | ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Ziling Sun

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Laurence M. Rosen, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: **July 18, 2011**

Steven M. Larimore
Clerk of Court

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Philippe Lagace, individually and on behalf of all others similarly situated, <br> *Plaintiff* <br> v. <br> Jiangbo Pharmaceuticals, Inc. <br> *Defendant* | ) ) ) ) ) ) ) )  Civil Action No. <br> **11-22556-CV-Cooke/Turnoff** |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Elsa Sung

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Laurence M. Rosen, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: **July 18, 2011**

Steven M. Larimore
Clerk of Court

S/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Philippe Lagace, individually and on behalf of all others similarly situated, | ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Jiangbo Pharmaceuticals, Inc. | ) ) ) | **11-22556-CV-Cooke/Turnoff** |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  John Wang

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Laurence M. Rosen, Esq.
> The Rosen Law Firm, P.A.
> 275 Madison Avenue, 34th Floor
> New York, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: **July 18, 2011**

Steven M. Larimore
Clerk of Court

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Philippe Lagace, individually and on behalf of all others similarly situated, *Plaintiff* | ) ) ) ) | |
| v. | ) | Civil Action No. |
| Jiangbo Pharmaceuticals, Inc. *Defendant* | ) ) ) ) | **11-22556-CV-Cooke/Turnoff** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cao Wubo

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  Laurence M. Rosen, Esq.
  The Rosen Law Firm, P.A.
  275 Madison Avenue, 34th Floor
  New York, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: **July 18, 2011**

Steven M. Larimore
Clerk of Court

SUMMONS

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Philippe Lagace, individually and on behalf of all others similarly situated, *Plaintiff* | ) ) ) ) | |
| v. | ) | Civil Action No. |
| Jiangbo Pharmaceuticals, Inc. *Defendant* | ) ) ) ) | **11-22556-CV-Cooke/Turnoff** |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Feng Xiaowei

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Laurence M. Rosen, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **July 18, 2011**



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Philippe Lagace, individually and on behalf of all others similarly situated, | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| Jiangbo Pharmaceuticals, Inc. | ) ) ) | 11-22556-CV-Cooke/Turnoff |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Ge Jian

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Laurence M. Rosen, Esq.
    The Rosen Law Firm, P.A.
    275 Madison Avenue, 34th Floor
    New York, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: **July 18, 2011**

Steven M. Larimore
Clerk of Court

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts