UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-22556-Civ-COOKE/TURNOFF

PHILIPPE LAGACE, Individually and On
Behalf of All Others Similarly Situated,

CLASS ACTION

Plaintiff,

v.

JIANGBO PHARMACEUTICALS, INC., JIN
LINXIAN, ELSA SUNG, ZILING SUN, CAO
WUBO, FENG XIAOWEI, HUANG LEI, GE
JIAN, MICHAEL MARKS, and JOHN
WANG,

Defendants.           /

**CHRISTOPHER BROPHY AND TARA LEWIS'S NOTICE OF NON-OPPOSITION TO THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Christopher Brophy and Tara Lewis (collectively "Movants") respectfully submit this notice of non-opposition to their motion for appointment as Lead Plaintiffs and approval of selection of Lead Counsel (the "Motion").

On September 14, 2011, three competing motions for appointment as Lead Plaintiff were submitted, (1) by Movants (ECF Nos. 12-14), (2) by Michael Trokel (ECF Nos. 7-11), and (3) by Henry Long (ECF Nos. 15-17).

On October 3, 2011, movant Henry Long filed a Response (ECF Nos. 22-23) opposing the appointment of Movants; movant Michael Trokel filed a Response (ECF No. 21) stating:

> After careful review of the motions filed for appointment as lead plaintiff and approval of selection of lead counsel submitted by the aforementioned

movants, Michael Trokel ("Trokel") takes no position as to whether the competing movants who claim larger aggregate losses do have the "largest financial interest" in the relief sought in this litigation. Further, Trokel takes no position regarding whether the competing movants have met the requirements of Rule 23, as well as whether they should be appointed lead plaintiff or whether their attorneys should be appointed lead counsel. However, in the event that the competing movants are deemed not the "most adequate plaintiff" pursuant to the PSLRA, Trokel submits to the Court that he remains ready to act as lead plaintiff if the Court should so decide.

Earlier today, after being provided the Amended Certification of Movant Tara Lewis annexed hereto as Exhibit A and other documentation, movant Henry Long filed a Notice (ECF No. 31) withdrawing his opposition to Movants' Motion.

WHEREFORE, Movants' Motion is now unopposed and Movants respectfully request that the Court enter an Order granting such motion, in the form submitted therewith (*see* ECF No. 12).

Dated: October 13, 2011

Respectfully submitted,

*/s/ Christopher S. Polaszek*
Christopher S. Polaszek
(Fla. Bar No. 0116866)
E-mail: cpolaszek@milberg.com
**MILBERG LLP**
201 North Franklin St., Suite 3200
Tampa, Florida 3302
Telephone: (813) 367-5713
Facsimile: (561) 892-8164

Andrei V. Rado
Kristi Stahnke McGregor
(Fla. Bar No. 0732931)
Jessica J. Sleater
**MILBERG LLP**
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
E-mail: arado@milberg.com
       kmcgregor@milberg.com
       jsleater@milberg.com

**WOHL & FRUCHTER LLP**
Ethan D. Wohl
(Fla. Bar No. 982210)
Krista T. Rosen
570 Lexington Avenue, 16th Floor
New York, New York  10022
Telephone: (212) 758-4000
Facsimile: (212) 758-4004
E-mail:  ewohl@wohlfruchter.com
             krosen@wohlfruchter.com

*Counsel for Movants Christopher Brophy and Tara Lewis and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to the email addresses indicated on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing via the U.S. Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

> */s/ Christopher S. Polaszek*
> Christopher S. Polaszek

# Mailing Information for a Case 1:11-cv-22556-MGC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Emily Cornelia Komlossy**
  ekomlossy@faruqilaw.com,ecf@faruqilaw.com,svernale@faruqilaw.com
- **Louise McAlpin**
  louise.mcalpin@hklaw.com,angel.barber@hklaw.com
- **Tracy Ann Nichols**
  tracy.nichols@hklaw.com,brenda.scott@hklaw.com
- **Christopher Stephen Polaszek**
  cpolaszek@milberg.com,MAOffice@milberg.com
- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com

## Manual Notice List

The following is the list of parties who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)