# EXHIBIT 5

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM 10-Q**

(Mark One)

☒     QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended:  **March 31, 2011**

☐     TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission file number:   001-34763

**JIANGBO PHARMACEUTICALS, INC.**
(Exact name of registrant as specified in its charter)

**Florida**
(State or other jurisdiction of
incorporation or organization)

**65-1130026**
(I.R.S. Employer
Identification No.)

**25 Haihe Road, Laiyang Economic Development, Laiyang City, Yantai, Shandong Province,**
**People's Republic of China 265200**
(Address of principal executive offices) (Zip Code)

**(0086) 535-7282997**
(Registrant's telephone number, including area code)

(Former name, former address and former fiscal year, if changed since last report)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).
Yes ☐   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐     Accelerated filer ☐     Non-accelerated filer ☐ (Do not check if smaller reporting company)
Smaller reporting company ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
Yes ☐   No ☒

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date. The total number of shares outstanding at May 20, 2011 was 13,692,179.

## INDEX

|  | Page |
|---|---|
| **PART I - FINANCIAL INFORMATION** |  |
| Item 1. Financial Statements | 3 |
| Consolidated Balance Sheets as of March 31, 2011 (Unaudited) and June 30, 2010 | 3 |
| Consolidated Statements of Income and Other Comprehensive Income for the three months and nine months ended March 31, 2011 and 2010 (Unaudited) | 4 |
| Consolidated Statements of Shareholders' Equity for the nine months ended March 31, 2011 (Unaudited) and the year ended June 30, 2010 | 5 |
| Consolidated Statements of Cash Flows for the nine months ended March 31, 2011 and 2010 (Unaudited) | 6 |
| Notes to Consolidated Financial Statements (Unaudited) | 7 |
| Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations | 30 |
| Item 3. Quantitative and Qualitative Disclosures About Market Risk | 40 |
| Item 4T. Controls and Procedures | 40 |
| **PART II - OTHER INFORMATION** |  |
| Item 1. Legal Proceedings | 42 |
| Item 1A. Risk Factors | 42 |
| Item 2. Unregistered Sales of Equity Securities and Use of Proceeds | 42 |
| Item 3. Defaults Upon Senior Securities | 43 |
| Item 4. (Removed and Reserved) | 43 |
| Item 5. Other Information | 43 |
| Item 6. Exhibits | 43 |

PART I. FINANCIAL INFORMATION

Item 1. Financial Statements

**JIANGBO PHARMACEUTICALS, INC. AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**

| | March 31, 2011 (Unaudited) | June 30, 2010 |
|---|---:|---:|
| **ASSETS** | | |
| **CURRENT ASSETS:** | | |
| Cash and cash equivalents | $ 146,886,471 | $ 108,616,735 |
| Restricted cash | 10,383,600 | 11,135,880 |
| Investments | 46,094 | 168,858 |
| Accounts receivable, net of allowance for doubtful accounts of $737,268 and $1,343,421as of March 31, 2011 and June 30, 2010, respectively | 20,759,766 | 33,195,201 |
| Inventories | 2,896,877 | 2,200,614 |
| Other receivables | 64,387 | 13,241 |
| Other receivable - related parties | 251,955 | 324,060 |
| Advances to suppliers | 209,841 | 260,688 |
| Financing costs | 46,541 | 435,634 |
| Total current assets | 181,545,532 | 156,350,911 |
| **PLANT AND EQUIPMENT, NET** | 13,469,481 | 13,284,312 |
| **OTHER ASSETS:** | | |
| Long term prepayments | 30,470 | 110,725 |
| Intangible assets, net | 31,597,140 | 32,594,326 |
| Total other assets | 31,627,610 | 32,705,051 |
| Total assets | $ 226,642,623 | $ 202,340,274 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **CURRENT LIABILITIES:** | | |
| Accounts payable | $ 4,302,424 | $ 4,113,219 |
| Short term bank loans | - | 2,209,500 |
| Notes payable | 10,383,600 | 11,135,880 |
| Other payables | 658,454 | 677,464 |
| Other payables - related parties | 526,540 | 255,595 |
| Accrued liabilities | 2,128,719 | 8,110,399 |
| Taxes payable | 2,863,943 | 6,259,271 |
| Refundable security deposits due to distributors | 3,970,200 | 3,829,800 |
| Liabilities assumed from reorganization | 307,142 | 524,614 |
| Derivative liabilities | 1,218,616 | 18,497,227 |
| Convertible debt, net of discount $1,833,267 and $13,669,752 as of March 31, 2011and June 30, 2010, respectively | 15,546,733 | 12,210,248 |
| Total current liabilities | 41,906,371 | 67,823,217 |
| Total liabilities | 41,906,371 | 67,823,217 |
| **COMMITMENTS AND CONTINGENCIES** | | |
| **SHAREHOLDERS' EQUITY:** | | |
| Convertible preferred stock Series A ($0.001 par value; 20,000,000 shares authorized, 0 shares issued and outstanding as of March 31, 2011 and June 30, 2010) | - | - |
| Common stock ($0.001 par value, 22,500,000 shares authorized, 13,692,179 and 11,701,802 shares issued and outstanding as of March 31, 2011 and June 30, 2010, respectively) | 13,692 | 11,702 |
| Additional paid-in capital | 47,706,099 | 30,846,915 |
| Capital contribution receivable | (11,000) | (11,000) |
| Retained earnings | 119,559,930 | 92,797,859 |
| Statutory reserves | 3,253,878 | 3,253,878 |
| Accumulated other comprehensive income | 14,213,653 | 7,617,703 |
| Total shareholders' equity | 184,736,252 | 134,517,057 |
| Total liabilities and shareholders' equity | $ 226,642,623 | $ 202,340,274 |

The accompaning notes are an integral part of these consolidateed financial statements.

3

JIANGBO PHARMACEUTICALS, INC. AND SUBSIDIARIES
CONSOLIDATED STATEMENTS OF INCOME AND OTHER COMPREHENSIVE INCOME
(UNAUDITED)

| | For the Three Months Ended March 31, | | For the Nine Months Ended March 31, | |
| --- | --- | --- | --- | --- |
| | 2011 | 2010 | 2011 | 2010 |
| CONTINUIG OPERATIONS: | | | | |
| REVENUES | $ 18,109,343 | $ 25,571,389 | $ 69,199,820 | $ 68,135,385 |
| COST OF SALES | 6,070,653 | 6,974,455 | 20,331,519 | 17,901,903 |
| GROSS PROFIT | 12,038,690 | 18,596,934 | 48,868,301 | 50,233,482 |
| RESEARCH AND DEVELOPMENT EXPENSE | 233,145 | 1,093,440 | 1,426,425 | 3,299,400 |
| SELLING, GENERAL AND  ADMINISTRATIVE EXPENSES | 5,845,257 | 3,799,136 | 13,949,528 | 13,400,155 |
| INCOME FROM OPERATIONS | 5,960,288 | 13,704,358 | 33,492,348 | 33,533,927 |
| OTHER INCOME(EXPENSE): | | | | |
| Change in fair value of derivative liabilities | 2,754,749 | 11,624,079 | 15,078,239 | 13,490,071 |
| Other income - related parties | 83,672 | 80,652 | 247,748 | 241,956 |
| Non-operating income(expense), net | 338,540 | (5,790) | 392,443 | (220,061) |
| Interest expense, net | (2,539,807) | (6,643,163) | (13,649,378) | (15,562,981) |
| Total other income (expense), net | 637,154 | 5,055,778 | 2,069,052 | (2,051,015) |
| INCOME FROM CONTINUING OPERATIONS BEFORE PROVISION FOR INCOME TAXES | 6,597,442 | 18,760,136 | 35,561,400 | 31,482,912 |
| PROVISION FOR INCOME TAXES | 1,539,695 | 3,539,870 | 8,799,329 | 8,618,061 |
| INCOME FROM CONTINUING OPERATIONS | 5,057,747 | 15,220,266 | 26,762,071 | 22,864,851 |
| DISCONTINUED OPERATIONS: | | | | |
| Loss from discontinued operations-net | - | 36,000 | - | 200,769 |
| NET INCOME | 5,057,747 | 15,184,266 | 26,762,071 | 22,664,082 |
| COMPREHENSIVE INCOME | | | | |
| Net income | 5,057,747 | 15,184,266 | 26,762,071 | 22,664,082 |
| Unrealized gainon available-for-sale securities | - | 32,164 | - | 88,535 |
| Foreign currency translation adjustment | 1,177,397 | 509 | 6,595,950 | 197,393 |
| COMPREHENSIVE INCOME | $ 6,235,144 | $ 15,216,939 | $ 33,358,021 | $ 22,950,010 |
| BASIC WEIGHTED AVERAGE NUMBER OF SHARES | 13,486,711 | 11,419,991 | 12,818,593 | 10,965,346 |
| BASIC EARNINGS PER SHARE | $ 0.38 | $ 1.33 | $ 2.09 | $ 2.07 |
| DILUTED WEIGHTED AVERAGE NUMBER OF SHARES | 15,659,211 | 15,235,811 | 15,192,372 | 15,234,156 |
| DILUTED EARNINGS PER SHARE | $ 0.22 | $ 0.02 | $ 1.76 | $ 0.57 |

The accompaning notes are an integral part of these consolidatee financial statements.

4

### JIANGBO PHARMACEUTICALS, INC. AND SUBSIDIARIES

### CONSOLIDATED STATEMENTS OF SHAREHOLDERS' EQUITY

| | Common Stock Par Vaule $0.001 | | Additional Paid-in capital | Capital contribution receivable | Retained Earnings | | Accumulated other comprehensive income | Totals |
|---|---|---|---|---|---|---|---|---|
| | Number of shares | Common stock | | | Statutory reserves | Unrestricted earnings | | |
| BALANCE, June 30, 2009 | 10,435,099 | $ 10,435 | $ 48,397,794 | $ (11,000) | $3,253,878 | $ 67,888,667 | $ 6,523,602 | $126,063,376 |
| Cumulative effect of reclassification of warrants | | | (34,971,570) | | | (4,941,163) | | (39,912,733) |
| BALANCE, July 1, 2009 as adjusted | 10,435,099 | 10,435 | 13,426,224 | (11,000) | 3,253,878 | 62,947,504 | 6,523,602 | 86,150,643 |
| Common stock issued for payment for other payable-related party @ $8.75 per share | 2,286 | 2 | 19,998 | | | | | 20,000 |
| Common stock issued for payment for service @ $8.75 per share | 1,143 | 1 | 9,999 | | | | | 10,000 |
| Common stock issued for services @ $9.91 per share | 1,009 | 1 | 9,999 | | | | | 10,000 |
| Common stock issued for interest payment @ $8.00 per share | 84,015 | 85 | 990,968 | | | | | 991,053 |
| Conversion of convertible debt to stock @ $8.00 per share | 951,250 | 951 | 7,609,049 | | | | | 7,610,000 |
| Reclassification from warrant liabilites to APIC due to conversion of convertible debt | | | 6,287,408 | | | | | 6,287,408 |
| Stock based compensation | | | 135,104 | | | | | 135,104 |
| Net income | | | | | | 22,664,082 | | 22,664,082 |
| Change in fair value on restricted marketable equity securities | | | | | | | 88,535 | 88,535 |
| Foreign currency translation gain | | | | | | | 197,393 | 197,393 |
| BALANCE, March 31, 2010 (Unaudited) | 11,474,802 | $ 11,475 | $ 28,488,749 | $ (11,000) | $3,253,878 | $ 85,611,586 | $ 6,809,530 | $124,164,218 |
| Common stock issued for services @ $9.00 per share | 17,350 | 17 | 156,133 | | | | | 156,150 |
| Common stock issued for bonuses @ $8.50 per share | 25,000 | 25 | 212,475 | | | | | 212,500 |
| Common stock issued for bonuses @ $9.00 per share | 15,900 | 16 | 143,084 | | | | | 143,100 |
| Conversion of convertible debt to stock @ $8.00 per share | 168,750 | 169 | 1,349,831 | | | | | 1,350,000 |
| Reclassification of derivative liabilities to APIC due to conversion of convertible debt | | | 496,643 | | | | | 496,643 |
| Net income | | | | | | 7,186,273 | | 7,186,273 |
| Change in fair value on restricted marketable equity securities | | | | | | | 77,843 | 77,843 |
| Foreign currency translation gain | | | | | | | 730,330 | 730,330 |
| BALANCE, June 30, 2010 | 11,701,802 | $ 11,702 | $ 30,846,915 | $ (11,000) | $3,253,878 | $ 92,797,859 | $ 7,617,703 | $134,517,057 |
| Common stock issued for services @ $7.49 per share | 1,450 | 1 | 10,859 | | | | | 10,860 |
| Common stock issued for services @ $8.4 per share | 6,500 | 6 | 54,593 | | | | | 54,599 |
| Common stock issued for settlement @ $6.71 per share | 22,500 | 23 | 150,953 | | | | | 150,976 |
| Common stock issued for services @ $5.72 per share | 7,950 | 8 | 45,466 | | | | | 45,474 |
| Common stock issued for services @ $4.38 per share | 3,200 | 3 | 14,013 | | | | | 14,016 |
| Conversion of convertible debt to stock @ $8.0 per share | 1,062,500 | 1,063 | 8,498,937 | | | | | 8,500,000 |
| Common stock issued for convertible debentures interest and penalty settlement @ 6.64 per share | 886,277 | 886 | 5,883,993 | | | | | 5,884,879 |
| Reclassification of derivative liabilities to APIC due to conversion of convertible | | | | | | | | |

| debt | | 2,200,370 | | | | | 2,200,370 |
|---|---|---|---|---|---|---|---|
| Stock based compensation | | | | | | | - |
| Net income | | | | | 26,762,071 | | 26,762,071 |
| Foreign currency translation gain | | | | | | 6,595,950 | 6,595,950 |
| BALANCE, March 31, 2011 (Unaudited) | 13,692,179 | $ 13,692 | $ 47,706,099 | $ (11,000) | $3,253,878 | $119,559,930 | $ 14,213,653 | $184,736,252 |

The accompanying notes are an integral part of these consolidated financial statements.

5

JIANGBO PHARMACEUTICALS, INC. AND SUBSIDIARIES
CONSOLIDATED STATEMENTS OF CASH FLOWS
(UNAUDITED)

| | For the Nine Months Ended March 31, | |
| --- | --- | --- |
| | 2011 | 2010 |
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | |
| Net income | $ 26,762,071 | $ 22,664,082 |
| Adjustments to reconcile net income to cash provided by operating activities: | | |
| Depreciation | 628,964 | 615,565 |
| Amortization of intangible assets | 2,155,483 | 1,194,331 |
| Amortization of debt issuance costs | 389,093 | 670,984 |
| Amortization of debt discount | 11,836,485 | 11,409,936 |
| Loss from discontinued operations-net | - | 200,769 |
| Gain from issuance of shares in lieu of cash interest payment | (396,152) | 318,936 |
| Interest expense payment of shares in lieu of cash | - | 4,457 |
| Bad debt (recovery) expense | (644,458) | 446,257 |
| Realized loss on sale of marketable securities | 3,241 | 406,346 |
| Unrealized (gain) loss on investments | 68,210 | (270,339) |
| Change in fair value of derivative liabilities | (14,961,390) | (13,490,071) |
| Stock-based compensation | 124,951 | 155,104 |
| Gain on legal settlement settled on shares | (91,495) | - |
| Changes in operating assets and liabilities | | |
| Accounts receivable | 14,068,839 | (8,813,521) |
| Inventories | (605,309) | (86,604) |
| Other receivables | (25,267) | 154,654 |
| Other receivables- related parties | 82,583 | (241,956) |
| Advances to suppliers | 58,967 | (273,373) |
| Long term prepayments | 82,906 | - |
| Accounts payable | 43,147 | (3,926,015) |
| Customer deposit | - | (1,026,480) |
| Other payables | 125,055 | 725,041 |
| Other payables - related parties | 265,247 | 712,114 |
| Accrued liabilities | (185,326) | 3,338,191 |
| Liabilities assumed from reorganization | (217,472) | (95,384) |
| Taxes payable | (3,564,035) | (6,308,625) |
| Net cash provided by operating activities | 36,004,338 | 8,484,399 |
| | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | |
| Proceeds from sale of marketable securities | 51,313 | 531,750 |
| Purchase of equipment and building improvements | (114,454) | (76,977) |
| Purchase of land use right | - | (16,975,633) |
| Net cash used in investing activities | (63,141) | (16,520,860) |
| | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | |
| Change in restricted cash | 1,141,140 | (4,186,572) |
| Payments for bank loans | (2,252,250) | (2,199,600) |
| Proceeds from bank loans | | 2,199,600 |
| Proceeds from notes payable | 17,781,889 | 19,173,180 |
| Principal payments on notes payable | (18,923,029) | (14,986,608) |
| Net cash used in financing activities | (2,252,250) | |
| | | |
| EFFECTS OF FOREIGN CURRENCY EXCHANGE RATE FLUCTUATION ON CASH AND CASH EQUIVALENTS | 4,580,789 | 134,826 |
| | | |
| NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS | 38,269,736 | (7,901,635) |
| | | |
| CASH AND CASH EQUIVALENTS, BEGINNING OF PERIOD | 108,616,735 | 104,366,117 |
| | | |
| CASH AND CASH EQUIVALENTS, END OF PERIOD | $ 146,886,471 | $ 96,464,482 |
| | | |
| SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION: | | |
| Cash paid for interest | $ 61,176 | $ 393,111 |

| | | | | |
|---|---|---|---|---|
| Cash paid for income taxes | $ | 11,808,802 | $ | 2,631,495 |

NON-CASH INVESTING AND FINANCING ACTIVITIES:

| | | | | |
|---|---|---|---|---|
| Common stock issued for stock based compensation | $ | - | $ | 20,000 |
| Common stock issued to offset related party payable | $ | - | $ | 20,000 |
| Common stock issued for interest payment | $ | 6,281,031 | $ | 673,929 |
| Common stock issued for convertible notes conversion | $ | 8,500,000 | $ | 7,610,000 |
| Common stock issued for legal settlement | $ | 150,975 | $ | - |
| Derivative liability reclassified to equity upon conversion | $ | 2,200,370 | $ | 6,287,408 |
| Transfer of investments to settle liabilities assumed from reorganization | $ | - | | 1,133,807 |

The accompanying notes are an integral part of these consolidated financial statements

6

JIANGBO PHARMACEUTICALS, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**Note 1 – Organization and business**

Jiangbo Pharmaceuticals, Inc. (the "Company" or "Jiangbo") was originally incorporated in the state of Florida on August 15, 2001, under the name Genesis Technology Group, Inc.

Pursuant to a Certificate of Amendment to the Amended and Restated Articles of Incorporation filed with the state of Florida which took effect as of April 16, 2009, the Company's name was changed from "Genesis Pharmaceuticals Enterprises, Inc." to "Jiangbo Pharmaceuticals, Inc." (the "Corporate Name Change"). The Corporate Name Change was approved and authorized by the Board of Directors of the Company as well as the holders of a majority of the outstanding shares of the Company's voting stock by written consent. As a result of the Corporate Name Change, the stock symbol changed to "JGBO" with the opening of trading on May 12, 2009.

Our primary operations consist of the business and operations of our direct and indirect subsidiaries, which produce and sell western pharmaceutical products and traditional Chinese pharmaceutical products in China and focuses on developing innovative medicines to address various medical needs for patients worldwide. Details of the Company's subsidiaries as of March 31, 2011 are as follows:

| Consolidated entity name: | Percentage of ownership |
|---|---|
| Karmoya International Ltd. | 100% |
| Union Well International Limited | 100% |
| Genesis Jiangbo (Laiyang) Biotech Technology Co., Ltd. ("GJBT") | 100% |
| Laiyang Jiangbo Pharmaceuticals Co., Ltd. ("Laiyang Jiangbo") | 100% |
| | (Contractual subsidiary) |

Our relationships with Laiyang Jiangbo and its shareholders are governed by a series of contractual arrangements primarily between two entities associated with our wholly owned subsidiary Karmoya: (1) GJBT, Karmoya's wholly foreign owned enterprise in PRC, and (2) Laiyang Jiangbo, Karmoya's operating company in PRC. Under PRC laws, each of GJBT and Laiyang Jiangbo is an independent legal person and neither of them is exposed to liabilities incurred by the other party. The contractual arrangements constitute valid and binding obligations of the parties of such agreements. Each of the contractual arrangements, as amended and restated, and the rights and obligations of the parties thereto are enforceable and valid in accordance with the laws of the PRC. Other than pursuant to the contractual arrangements described below, Laiyang Jiangbo does not transfer any other funds generated from its operations to any other member of the LJ Group. The beneficial controlling stockholders of Jiangboown all the outstanding shares of Laiyang Jiangbo. In addition, Karmoya International Ltd is the indirect parent of GJBT and controls this entity through its ownership of Union Well International Limited.

On September 21, 2007, the Company entered into the following contractual arrangements with Laiyang Jiangbo:

Consulting Services Agreement: Pursuant to the exclusive consulting services agreement between GJBT and Laiyang Jiangbo, GJBT has the exclusive right to provide to Laiyang Jiangbo general consulting services related to pharmaceutical business operations, as well as consulting services related to human resources and technological research and development of pharmaceutical products and health supplements (the "Services"). Under this agreement, GJBT owns the intellectual property rights developed or discovered through research and development while providing the Services for Laiyang Jiangbo. Laiyang Jiangbo pays a quarterly consulting service fee in Chinese Renminbi ("RMB") to GJBT that is equal to all of Laiyang Jiangbo's revenue for such quarter.

Operating Agreement: Pursuant to the operating agreement among GJBT, Laiyang Jiangbo and the shareholders of Laiyang Jiangbo who collectively hold 100% of the outstanding shares of Laiyang Jiangbo (collectively, the " Laiyang Shareholders "), GJBT provides guidance and instructions on Laiyang Jiangbo's daily operations, financial management and employment issues. The Laiyang Shareholders must appoint the candidates recommended by GJBT as members of Laiyang Jiangbo's board of directors. GJBT has the right to appoint senior executives of Laiyang Jiangbo. In addition, GJBT agrees to guarantee Laiyang Jiangbo's performance under any agreements or arrangements relating to Laiyang Jiangbo's business arrangements with any third party. Laiyang Jiangbo, in return, agreed to pledge its accounts receivable and all of its assets to GJBT. Moreover, Laiyang Jiangbo agrees that without the prior consent of GJBT, Laiyang Jiangbo will not engage in any transactions that could materially affect the assets, liabilities, rights or operations of Laiyang Jiangbo, including, but not limited to, incurrence or assumption of any indebtedness, sale or purchase of any assets or rights, incurrence of any encumbrance on any of its assets or intellectual property rights in favor of a third party, or transfer of any agreements relating to its business operation to any third party. The term of this agreement is ten (10) years from September 21, 2007, unless early termination occurs in accordance with the provisions of the agreement and may be extended only upon GJBT's written confirmation prior to the expiration of the this agreement, with the extended term to be mutually agreed upon by the parties.

Equity Pledge Agreement: Pursuant to the equity pledge agreement among GJBT, Laiyang Jiangbo and the Laiyang Shareholders, the Laiyang Shareholders pledged all of their equity interests in Laiyang Jiangbo to GJBT to guarantee Laiyang Jiangbo's performance of its obligations under the consulting services agreement. If either Laiyang Jiangbo or any of the Laiyang Shareholders breaches its respective contractual obligations, GJBT, as pledgee, will be entitled to certain rights, including the right to sell the pledged equity interests. The Laiyang Shareholders also granted GJBT an exclusive, irrevocable power of attorney to take actions in the place and stead of the Laiyang Shareholders to carry out the security provisions of the equity pledge agreement and take any action and execute any instrument that GJBT may deem necessary or advisable to accomplish the purposes of the equity pledge agreement. The Laiyang Shareholders agreed, among other things, not to dispose of the pledged equity interests or take any actions that would prejudice GJBT's interest. The equity pledge agreement will expire two (2) years after Laiyang Jiangbo obligations under the exclusive consulting services agreement have been fulfilled.

Option Agreement: Pursuant to the option agreement among GJBT, Laiyang Jiangbo and the Laiyang Shareholders, the Laiyang Shareholders irrevocably granted GJBT or its designated person an exclusive option to purchase, to the extent permitted under PRC law, all or part of the equity interests in Laiyang Jiangbo for the cost of the initial contributions to the registered capital or the minimum amount of consideration permitted by applicable PRC law. GJBT or its designated person has sole discretion to decide when to exercise the option, whether in part or in full. The term of this agreement is ten (10) years from September 21, 2007, unless early termination occurs in accordance with the provisions of the agreement and may be extended only upon GJBT's written confirmation prior to the expiration of the this agreement, with the extended term to be mutually agreed upon by the parties.

Proxy Agreement: Pursuant to the proxy agreement among GJBT and the Laiyang Shareholders, the Laiyang Shareholders agreed to irrevocably grant and entrust all the rights to exercise their voting power to the person(s) appointed by GJBT. GJBT may from time to time establish and amend rules to govern how GJBT shall exercise the powers granted to it by the Laiyang Shareholders, and GJBT shall take action only in accordance with such rules. The Laiyang Shareholders shall not transfer their equity interests in Laiyang Jiangbo to any individual or company (other than GJBT or the individuals or entities designated by GJBT). The Laiyang Shareholders acknowledged that they will continue to perform this agreement even if one or more than one of them no longer hold the equity interests of Laiyang Jiangbo. This agreement may not be terminated without the unanimous consent of all of the parties, except that GJBT may terminate this agreement by giving thirty (30) days prior written notice to the Laiyang Shareholders.

Because the above arrangement, which assigned all of Laiyang Jiangbo's equity owners' rights and obligations to GJBT resulting in the equity owners lacking the ability to make decisions that have a significant effect on Laiyang Jiangbo's operations and GJBT's ability to extract the profits from the operation of Laiyang Jiangbo, and assume the Laiyang Jiangbo's residual benefits. Because the GJBT and its indirect parent are the sole interest holders of Laiyang Jiangbo, the Company consolidates Laiyang Jiangbo from its inception consistent with the provisions of FASB Accounting Standards Codification ("ASC") 810-10.

**Note 2 - Summary of significant accounting policies**

Basis of presentation

The accompanying consolidated financial statements have been prepared pursuant to the rules and regulations of the Securities and Exchange Commission (the "SEC") for interim financial information and pursuant to the requirements for reporting on Form 10-Q. Certain information and footnote disclosures, which are normally included in financial statements prepared in accordance with accounting principles generally accepted in the United States of America, have been condensed or omitted pursuant to such rules and regulations, although the Company believe that the disclosures made are adequate to provide for fair presentation. In the opinion of management, the accompanying consolidated interim financial statement include all adjustments (which include normal recurring adjustments) necessary to present a fair statement of the Company's consolidated financial position as of March 31, 2011, its consolidated results of operations for the three and nine-month periods ended March 31, 2011 and 2010 and its cash flows and equity statements for the nine month periods ended March 31, 2011 and 2010, as applicable, have been made. The interim results of operations are not necessarily indicative of the operating results for the full fiscal year or any future periods.

The interim financial information should be read in conjunction with the Financial Statements and the notes thereto, included in the Company's Annual Report on Form 10-K for the fiscal year ended June 30, 2010, previously filed with the SEC on September 28, 2010.

Principles of consolidation

The accompanying consolidated financial statements include the accounts of the Company and its subsidiaries. All significant intercompany transactions and balances have been eliminated in consolidation.

Foreign currency translation

The reporting currency of the Company is the U.S. dollar. The functional currency of the Company is the local currency, the Chinese Renminbi ("RMB"). In accordance with the FASB's accounting standard governing foreign currency translation, results of operations and cash flows are translated at average exchange rates during the period, assets and liabilities are translated at the unified exchange rates as quoted at the end of the period, and equity is translated at historical exchange rates. As a result, amounts related to assets and liabilities reported on the consolidated statements of cash flows will not necessarily agree with changes in the corresponding balances on the consolidated balance sheets. Transaction gains and losses that arise from exchange rate fluctuations on transactions denominated in a currency other than the functional currency are included in the results of operations as incurred.

Asset and liability accounts at March 31, 2011, were translated at 6.57 RMB to $1.00 as compared to 6.81 RMB to $1.00 at June 30, 2010. The average translation rates applied to statements of income for the nine months ended March 31, 2011 and 2010 were 6.68 RMB and 6.84 RMB to $1.00, respectively.

Reclassifications

Certain reclassifications, having no effect on net loss, have been made to the previously issued consolidated financial statements to conform to the current period's presentation and were not material.

Use of estimates

The preparation of financial statements in conformity with US GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, and disclosure of contingent assets and liabilities at the date of the financial statements, and the reported amounts of revenues and expenses during the reporting period. The significant estimates made in the preparation of the Company's consolidated financial statements relate to the assessment of the carrying values of accounts receivable and related allowance for doubtful accounts, allowance for obsolete inventory, sales returns, accrual for estimated advertising costs, fair value of warrants and beneficial conversion features related to the convertible notes, fair value of derivative liability and fair value of options granted to employees. Actual results could be materially different from these estimates upon which the carrying values were based.

Revenue recognition

Product sales are generally recognized when title to the product has transferred to customers in accordance with the terms of the sale. In general, the Company records revenue when persuasive evidence of an arrangement exists, services have been rendered or product delivery has occurred, the sales price to the customer is fixed or determinable, and collectability is reasonably assured.

The Company is generally not contractually obligated to accept returns. However, on a case by case negotiated basis, the Company permits customers to return their products. Management has evaluated the Company's customers' historical return experiences and determined the returns and related costs have been minimal. Therefore, no allowance for estimated returns is necessary.

Financial instruments

The accounting standard governing financial instruments adopted on July 1, 2008, defines financial instruments and requires fair value disclosures about those instruments. It defines fair value, establishes a three-level valuation hierarchy for disclosures of fair value measurement and enhances disclosures requirements for fair value measures. Investments, receivables, payables, short term loans and convertible debt all qualify as financial instruments. Management concluded the receivables, payables and short term loans approximate their fair values because of the short period of time between the origination of such instruments and their expected realization and, if applicable, their stated rates of interest are equivalent to rates currently available.

The three levels of valuation hierarchy are defined as follows:

- Level 1 inputs to the valuation methodology are quoted prices (unadjusted) for identical assets or liabilities in active markets.

- Level 2 inputs to the valuation methodology include quoted prices for similar assets and liabilities in active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the financial instrument.

- Level 3 inputs to the valuation methodology are unobservable and significant to the fair value measurement.

The Company analyzes all financial instruments with features of both liabilities and equity under the FASB's accounting standard for such instruments. Under this standard, financial assets and liabilities are classified in their entirety based on the lowest level of input that is significant to the fair value measurement. Depending on the instrument and the terms of the transaction, the fair value of notes payable and derivative liabilities were modeled using a series of techniques, including closed-form analytic formula, such as the Black-Scholes option-pricing model.

Effective July 1, 2009, as a new accounting standard took effect, the Company's two convertible notes with principal amounts totaling $34,840,000 and 2,275,000 warrants previously treated as equity pursuant to the derivative treatment exemption are no longer afforded equity treatment because the strike price of the warrants is denominated in US dollar, a currency other than the Company's functional currency, the Chinese Renminbi. As a result, those financial instruments are not considered indexed to the Company's own stock, and as such, all future changes in the fair value of these convertible notes and warrants will be recognized currently in earnings until such time as the convertible notes and warrants are converted, exercised or expired.

As such, effective July 1, 2009, the Company reclassified the fair value of the conversion features on the convertible notes and warrants from equity to liability, as if these conversion features on the convertible notes and warrants were treated as a derivative liability since their initial issuance dates. Therefore, on July 1, 2009, the Company reclassified approximately $35 million from additional paid-in capital and approximately $4.9 million from beginning retained earnings to warrant liabilities, as a cumulative effect adjustment, to recognize the fair value of the conversion features on the convertible notes and warrants.

For the three and nine months ended March 31, 2011, $0 and $8.5 million convertible notes were converted, respectively. As of March 31, 2011, the Company has $17,380,000 convertible notes and 1,875,000 warrants outstanding. The fair value of the conversion features on the convertible notes was approximately $4,000 and the fair value of the warrants was approximately $1,200,000. The Company recognized approximately $2.7 million and $15.1 million gain from the change in fair value of the conversion features on the convertible notes and warrants for the three and nine months ended March 31, 2010.

These common stock purchase warrants do not trade in an active securities market, and as such, the Company estimates the fair value of the conversion features on the convertible notes and warrants using the Black-Scholes option-pricing model using the following assumptions:

| | March 31, 2011 | | | | July 1, 2010 | | | |
|---|---|---|---|---|---|---|---|---|
| | Annual dividend yield | Expected term (years) | Risk-free interest rate | Expected volatility | Annual dividend yield | Expected term (years) | Risk-free interest rate | Expected volatility |
| Conversion feature on the $5 million convertible notes | - | - | 0.07% | 57.00% | - | 0.35 | 0.22% | 57.00% |
| Conversion feature on the $30 million convertible notes | - | 0.17 | 0.19% | 57.00% | - | 0.92 | 0.32% | 57.00% |
| 1,875,000 warrants issued in May 2008 | - | 2.17 | 0.61% | 65.00% | - | 2.92 | 1.00% | 85.00% |

Expected volatility is based primarily on historical volatility. Historical volatility was computed using weekly pricing observations for recent periods that correspond to the term of the warrants. The Company's management believes this method produces an estimate that is representative of the expectations of future volatility over the expected term of these warrants. The Company has no reason to believe future volatility over the expected remaining life of these warrants will likely differ materially from historical volatility. The expected life is based on the remaining term of the warrants. The risk-free interest rate is based on U.S. Treasury securities according to the remaining term of the financial instruments.

The following table sets forth by level within the fair value hierarchy the financial assets and liabilities that were accounted for at fair value on a recurring basis.

| | Carrying Value at March 31, 2011 | Fair Value Measurements at March 31, 2011, Using Fair Value Hierarchy | | |
|---|---|---|---|---|
| | | Level 1 | Level 2 | Level 3 |
| Investments | $ 46,094 | $ 46,094 | $ - | $ - |
| Conversion feature on the $3.5M Convertible Debt (November 2007) | - | - | - | - |
| Conversion feature on the $13.9M Convertible Debt (May 2008) | 4,218 | | | 4,218 |
| 1,875,000 warrants issued in May 2008 | 1,214,398 | - | - | 1,214,398 |
| Total | $ 1,264,710 | $ 46,094 | $ - | $ 1,218,616 |

10

Level 3 Valuation Reconciliations:

|  | March 31, 2011 | June 30, 2010 |
|---|---|---|
|  | (Unaudited) |  |
| Beginning Balance | $ 18,497,227 | $ 39,912,733 |
| Reclassification to APIC due to conversion of notes | (2,200,370) | (6,784,051) |
| Change in fair value | (15,078,241) | (14,631,455) |
| Ending Balance | $ 1,218,616 | $ 18,497,227 |

The Company did not identify any other non-recurring assets and liabilities that are required to be presented on the consolidated balance sheets at fair value in accordance with the relevant accounting standards.

An accounting standard became effective for the Company on July 1, 2008 which provided the Company with the irrevocable option to elect fair value for the initial and subsequent measurement for certain financial assets and liabilities on a contract-by-contract basis with the difference between the carrying value before election of the fair value option and the fair value recorded upon election as an adjustment to beginning retained earnings. The Company chose not to elect the fair value option.

Stock-based compensation

The Company records stock-based compensation expense pursuant to the governing accounting standard which requires companies to measure compensation cost for stock-based employee compensation plans at fair value at the grant date and recognize the expense over the employee's requisite service period. The Company estimates the fair value of the awards using the Black-Scholes option pricing model. Under this accounting standard, the Company's expected volatility assumption is based on the historical volatility of Company's stock or the expected volatility of similar entities. The expected life assumption is primarily based on historical exercise patterns and employee post-vesting termination behavior. The risk-free interest rate for the expected term of the option is based on the U.S. Treasury yield curve in effect at the time of grant.

Stock-based compensation expense is recognized based on awards expected to vest, and there were no estimated forfeitures as the Company has a short history of issuing options.

The Company uses the Black-Scholes option-pricing model which was developed for use in estimating the fair value of options. Option-pricing models require the input of highly complex and subjective variables including the expected life of options granted and the Company's expected stock price volatility over a period equal to or greater than the expected life of the options. Because changes in the subjective assumptions can materially affect the estimated value of the Company's employee stock options, it is management's opinion that the Black-Scholes option-pricing model may not provide an accurate measure of the fair value of the Company's employee stock options. Although the fair value of employee stock options is determined in accordance with the accounting standards using an option-pricing model, that value may not be indicative of the fair value observed in a willing buyer/willing seller market transaction.

Comprehensive income

FASB's accounting standard regarding comprehensive income establishes standards for reporting and display of comprehensive income and its components in financial statements. It requires that all items that are required to be recognized under accounting standards as components of comprehensive income be reported in a financial statement that is displayed with the same prominence as other financial statements. The accompanying consolidated financial statements include the provisions of this accounting standard.

Cash and cash equivalents

Cash and cash equivalents include cash on hand and demand deposits in accounts maintained with state-owned banks within the People's Republic of China ("PRC.") The Company considers all highly liquid instruments with original maturities of three months or less, and money market accounts to be cash and cash equivalents.

Restricted cash

Restricted cash represents amounts set aside by the Company in accordance with the Company's debt agreements with certain financial institutions. These cash amounts are designated for the purpose of paying down the principal amounts owed to the financial institutions, and these amounts are held at the same financial institutions with which the Company has debt agreements. Due to the short-term nature of the Company's debt obligations to these banks, the corresponding restricted cash balances have been classified as current in the consolidated balance sheets.

Investments

Investments are comprised of marketable equity securities of publicly traded companies and are stated at fair value based on the quoted prices of these securities. These investments are classified as trading securities based on the Company's intent to sell them in the near term. Restricted investments are marketable equity securities of publicly traded companies that were acquired through the reverse merger and contained certain SEC Rule 144 restrictions on the securities. Restricted investments are carried at fair value based on the trade price of these securities. These securities were classified as available-for-sale and reflected as restricted and noncurrent. As of March 31, 2011, restrictions on restricted investments were fully lifted as the Company met the holding period requirement and the Company has reclassified those investments as investments trading securities.

The following is a summary of the components of the gain/loss on investments and restricted investments for the three and nine months ended March 31, 2011 and 2010:

| | For the Three Months Ended March 31, | | For the Nine Months Ended March 31, | |
|---|---|---|---|---|
| | 2011 | 2010 | 2011 | 2010 |
| Realized (gain) loss on trading securities | $      6,085 | $      (205) | $      3,241 | $      406,346 |
| Unrealized (gain) loss on trading securities | 49,264 | (4,592) | 68,210 | (270,339) |
| Unrealized gain on restricted investments – available-for-sale securities | - | (32,164) | - | (88,535) |

All unrealized gains and losses related to available-for-sale securities have been properly reflected as a component of accumulated other comprehensive income.

Accounts receivable

During the normal course of business, the Company extends credit to its customers without requiring collateral or other security interests. Management reviews its accounts receivable at each reporting period to provide for an allowance against accounts receivable for an amount that could become uncollectible. This review process may involve the identification of payment problems with specific customers. The Company estimates this allowance based on the aging of the accounts receivable, historical collection experience, and other relevant factors, such as changes in the economy and the imposition of regulatory requirements that can have an impact on the industry. These factors continuously change, and can have an impact on collections and the Company's estimation process. These impacts may be material.

Certain accounts receivable amounts are charged off against allowances after unsuccessful collection efforts. Subsequent cash recoveries are recognized as income in the period when they occur.

Inventories

Inventories, consisting of raw materials, work-in-process, packing materials and finished goods related to the Company's products, are stated at the lower of cost or market utilizing the weighted average method. The Company reviews its inventory periodically for possible obsolete goods or to determine if any reserves are necessary. As of March 31, 2011 and June 30, 2010, the Company determined that no reserves were necessary.

Advance to suppliers

Advances to suppliers represent partial payments or deposits for future inventory purchases. These advances to suppliers are non-interest bearing and unsecured.

Plant and equipment

Plant and equipment are stated at cost less accumulated depreciation. Additions and improvements to plant and equipment accounts are recorded at cost. When assets are retired or disposed of, the cost and accumulated depreciation are removed from the accounts, and any resulting gains or losses are included in the results of operations in the period of disposition. Maintenance, repairs, and minor renewals are charged directly to expense as incurred. Major additions and betterments to plant and equipment accounts are capitalized. Depreciation is computed using the straight-line method over the estimated useful lives of the assets. The estimated useful lives of the assets are as follows:

| | Useful Life |
|---|---|
| Building and building improvements | 5 – 40 Years |
| Manufacturing equipment | 5 – 20 Years |
| Office equipment and furniture | 5 – 10 Years |
| Vehicles | 5 Years |

12

Intangible assets

All land in the PRC is owned by the PRC government and cannot be sold to any individual or company. The Company has recorded the amounts paid to the PRC government to acquire long-term interests to utilize land underlying the Company's facilities as land use rights. This type of arrangement is common for the use of land in the PRC. The land use rights are amortized on the straight-line method over the terms of the land use rights of 50 years.

Patents and licenses include purchased technological know-how, secret formulas, manufacturing processes, technical and procedural manuals, and the certificate of drugs production, and is amortized using the straight-line method over the expected useful economic life of 5 years, which reflects the period over which those formulas, manufacturing processes, technical and procedural manuals are kept secret to the Company as agreed between the Company and the selling parties.

The estimated useful lives of intangible assets are as follows:

|  | Useful Life |
| --- | --- |
| Land use rights | 50 Years |
| Patents | 5 Years |
| Licenses | 5 Years |
| Customer list and customer relationships | 3 Years |
| Trade secrets - formulas and know how technology | 5 Years |

Impairment of long-lived assets

Long-lived assets of the Company are reviewed if circumstances dictate, to determine whether their carrying values have become impaired. The Company considers assets to be impaired if the carrying values exceed the future projected cash flows from related operations. The Company also re-evaluates the periods of depreciation to determine whether subsequent events and circumstances warrant revised estimates of useful lives. As of March 31, 2011, the Company expects these assets to be fully recoverable.

Beneficial conversion feature of convertible notes

In accordance with accounting standards governing the beneficial conversion feature of convertible notes, the Company has determined that the convertible notes contained a beneficial conversion feature because on November 6, 2007, the effective conversion price of the $5,000,000 convertible note was $5.81 when the market value per share was $16.00, and on May 30, 2008, the effective conversion price of the $30,000,000 convertible note was $5.10 when the market value per share was $12.00. Total value of beneficial conversion feature of $2,904,092 for the November 6, 2007 convertible note and $19,111,323 for the May 30, 2008 convertible note was discounted from the carrying value of the convertible notes. The beneficial conversation feature is amortized using the effective interest method over the terms of the notes. As of March 31, 2011 and June 30, 2010, total of $1,167,871 and $8,637,647, respectively, remained unamortized for the beneficial conversion feature.

Income taxes

The Company accounts for income taxes in accordance with the FASB's accounting standard for income taxes. This standard requires a company to use the asset and liability method of accounting for income taxes, whereby deferred tax assets are recognized for deductible temporary differences, and deferred tax liabilities are recognized for taxable temporary differences. Deferred income taxes are recognized for the tax consequences of temporary differences by applying enacted statutory tax rates applicable to future years to differences between the financial statement carrying amounts and the tax bases of existing assets and liabilities. Under this accounting standard, the effect on deferred income taxes of a change in tax rates is recognized in income in the period that includes the enactment date. A valuation allowance is recognized if it is more likely than not that some portion, or all of, a deferred tax asset will not be realized. As of March 31, 2011 and June 30, 2010, the Company did not have any net deferred tax assets or liabilities.

The FASB's accounting standards clarify the accounting and disclosure for uncertain tax positions and prescribe a recognition threshold and measurement attribute for recognition and measurement of a tax position taken or expected to be taken in a tax return. The accounting standards also provide guidance on de-recognition, classification, interest and penalties, accounting in interim periods, disclosure and transition.

Under this accounting standard, evaluation of a tax position is a two-step process. The first step is to determine whether it is more-likely-than-not that a tax position will be sustained upon examination, including the resolution of any related appeals or litigation based on the technical merits of that position. The second step is to measure a tax position that meets the more-likely-than-not threshold to determine the amount of benefit to be recognized in the financial statements. A tax position is measured at the largest amount of benefit that is greater than 50 percent likely of being realized upon ultimate settlement. Tax positions that previously failed to meet the more-likely-than-not recognition threshold should be recognized in the first subsequent period in which the threshold is met. Previously recognized tax positions that no longer meet the more-likely-than-not criteria should be de-recognized in the first subsequent financial reporting period in which the threshold is no longer met. Penalties or interest incurred relating to underpayment of income taxes are classified as income tax expense in the period incurred.  No significant penalties or interest relating to income taxes have been incurred during the nine months ended March 31, 2011 and 2010.

The Company's operations are subject to income and transaction taxes in the United States and in the PRC jurisdictions. Significant estimates and judgments are required in determining the Company's worldwide provision for income taxes. Some of these estimates are based on interpretations of existing tax laws or regulations, and as a result the ultimate amount of tax liability may be uncertain. However, the Company does not anticipate any events that would lead to changes to these uncertainties.

Value added tax

The Company is subject to value added tax ("VAT") for manufacturing products and business tax for services provided. The applicable VAT rate is 17% for products sold in the PRC. The amount of VAT liability is determined by applying the applicable tax rate to the invoiced amount of goods sold (output VAT) less VAT paid on purchases made with the relevant supporting invoices (input VAT). Under the commercial practice of the PRC, the Company pays VAT based on tax invoices issued. The tax invoices may be issued subsequent to the date on which revenue is recognized, and there may be a considerable delay between the date on which the revenue is recognized and the date on which the tax invoice is issued. In the event that the PRC tax authorities dispute the date on which revenue is recognized for tax purposes, the PRC tax office has the right to assess a penalty, which can range from zero to five times the amount of the taxes which are determined to be late or deficient, and will be charged to operations in the period if and when a determination is made by the taxing authorities that a penalty is due.

VAT on sales and VAT on purchases amounted to approximately $3,099,000 and $836,000 for the three months ended March 31, 2011, respectively, and approximately $4,347,000 and $924,000 for the three months ended March 31, 2010, respectively. VAT on sales and VAT on purchases amounted to approximately $11,764,000 and $3,089,000, respectively, for the nine months ended March 31, 2011, respectively, and approximately $11,583,000 and $2,662,000, respectively, for the nine months ended March 31, 2010, respectively. Sales and purchases are recorded net of VAT collected and paid as the Company acts as an agent for the government. VAT taxes are not impacted by the income tax holiday.

Shipping and handling

Shipping and handling costs related to costs of goods sold are included in selling, general and administrative expenses. Shipping and handling costs amounted to approximately $113,000 and $146,000, respectively, for the three months ended March 31, 2011 and 2010, respectively. Shipping and handling costs amounted to approximately $397,000 and $411,000 for the nine months ended March 31, 2011 and 2010, respectively.

Advertising

Expenses incurred in the advertising of the Company and the Company's products are charged to operations. Advertising expenses amounted to approximately $15,000 and $1,077,000 for the three months ended March 31, 2011 and 2010, respectively. Advertising expenses amounted to approximately $2,172,000 and $4,346,000 for the nine months ended March 31, 2011 and 2010, respectively.

Research and development

Research and development costs are expensed as incurred. These costs primarily consist of cost of materials used and salaries paid for the development of the Company's products, and fees paid to third parties to assist in such efforts.

Recent accounting pronouncements

In the third quarter of 2011, The Financial Accounting Standards Board ("FASB") has issued ASU No. 2011-01 through ASU 2011-3, which is not expected to have a material impact on the consolidated financial statements upon adoption.

Note 3 - Earnings per share

The FASB's accounting standard for earnings per share requires presentation of basic and diluted earnings per share in conjunction with the disclosure of the methodology used in computing such earnings per share. Basic earnings per share excludes dilution and is computed by dividing income available to common stockholders by the weighted average common shares outstanding during the period. Diluted earnings per share takes into account the potential dilution that could occur if securities or other contracts to issue common stock were exercised and converted into common stock.

The following is a reconciliation of the basic and diluted earnings per share computations for the three months ended March 31, 2011 and 2010:

**Basic earnings per share**

|  | For the Three Months Ended March 31, | |
|---|---|---|
|  | 2011 | 2010 |
| Net income for basic and diluted earnings per share | $ 5,057,747 | $ 15,184,266 |
| Weighted average shares used in basic computation | 13,486,711 | 11,419,991 |
| Earnings per share – Basic | $ 0.38 | $ 1.33 |

**Diluted earnings per share**

|  | For the Three Months Ended March 31, | |
|---|---|---|
|  | 2011 | 2010 |
| Net income for basic earnings per share | $ 5,057,747 | $ 15,184,266 |
| Add: interest expense | 338,520 | 2,753,645 |
| Add: financing cost amortization | 37,696 | 198,230 |
| Add: note discount amortization | 2,339,710 | 3,862,102 |
| Subtract: unamortized financing cost at beginning of the period | (116,353) | (763,915) |
| Subtract: unamortized debt discount at beginning of the period | (4,172,977) | (20,945,255) |
| Net income for diluted earnings per share | $ 3,484,343 | $ 289,073 |
| Weighted average shares used in basic computation | 13,486,711 | 11,419,991 |
| Diluted effect of stock options and warrants | – | 391,931 |
| Diluted effect of convertible note | 2,172,500 | 3,423,889 |
| Weighted average shares used in diluted computation | 15,659,211 | 15,235,811 |
| Earnings per share – Diluted | $ 0.22 | $ 0.02 |

The following is a reconciliation of the basic and diluted earnings per share computations for the nine months ended March 31, 2011 and 2010:

**Basic earnings per share**

|  | For the Nine Months Ended March 31, | |
|---|---|---|
|  | 2011 | 2010 |
| Net income for basic earnings per share | $ 26,762,071 | $ 22,664,082 |
| Weighted average shares used in basic computation | 12,818,593 | 10,965,346 |
| Earnings per share – Basic | $ 2.09 | $ 2.07 |

15

**Diluted earnings per share**

| | For the Nine Months Ended March 31, | |
|---|---|---|
| | 2011 | 2010 |
| Net income for basic earnings per share | $ 26,762,071 | $ 22,664,082 |
| Add: interest expense | 1,900,456 | 3,744,360 |
| Add: financing cost amortization | 356,976 | 670,985 |
| Add: note discount amortization | 11,836,485 | 11,409,937 |
| Subtract: unamortized financing cost at beginning of the period | (435,634) | (1,236,669) |
| Subtract: unamortized debt discount at beginning of the period | (13,669,752) | (28,493,090) |
| Net income for diluted earnings per share | $ 26,750,602 | $ 8,759,605 |
| Weighted average shares used in basic computation | 12,818,593 | 10,965,346 |
| Diluted effect of stock options and warrants | 6,480 | 383,837 |
| Diluted effect of convertible note | 2,367,299 | 3,884,974 |
| Weighted average shares used in diluted computation | 15,192,372 | 15,234,157 |
| Earnings per share – Diluted | $ 1.76 | $ 0.57 |

For the three and nine months ended March 31, 2011, 7,500 vested stock options with an average exercise price of $17.93 were not included and 1,882,500 warrants with an average exercise price of $10.00 in the diluted earnings per share calculation because of the anti-dilutive effect. For the three and nine months ended March 31, 2010, 7,500 vested stock options with an average exercise price of $17.93 were not included in the diluted earnings per share calculation because of the anti-dilutive effect.

**Note 4 – Accounts receivable, net**

Accounts receivable consist of the followings:

| | March 31, 2011 | June 30, 2010 |
|---|---|---|
| | (Unaudited) | |
| Accounts receivable | 21,497,034 | 34,538,622 |
| Less: accumulated depreciation | (737,268) | (1,343,421) |
| Total | $ 20,759,766 | $ 33,195,201 |

The activities in the allowance for doubtful accounts are as follows for the periods ended March 31, 2011 and June 30, 2010:

| | March 31, 2011 | June 30, 2010 |
|---|---|---|
| | (Unaudited) | |
| Beginning allowance for doubtful accounts | $ 1,343,421 | $ 694,370 |
| Bad debt additions | - | 642,499 |
| Reduction of allowance | (644,457) | |
| Foreign currency translation adjustments | 38,304 | 6,552 |
| Ending allowance for doubtful accounts | $ 737,268 | $ 1,343,421 |

**Note 5 - Inventories**

Inventories consisted of the following:

| | March 31, 2010 | June 30, 2010 |
|---|---|---|
| | (Unaudited) | |
| Raw materials | $ 996,141 | $ 924,996 |
| Work-in-process | 185,596 | 140,328 |
| Packing materials | 343,639 | 224,295 |
| Finished goods | 1,371,501 | 910,995 |
| Total | $ 2,896,877 | $ 2,200,614 |

**Note 6 - Plant and equipment, net**

Plant and equipment consisted of the following:

| | March 31, 2011 (Unaudited) | June 30, 2010 |
|---|---|---|
| Buildings and building improvements | $ 13,577,707 | $ 12,891,331 |
| Manufacturing equipment | 2,998,644 | 2,783,090 |
| Office equipment and furniture | 197,926 | 222,172 |
| Vehicles | 497,962 | 479,999 |
| Total | 17,272,239 | 16,376,592 |
| Less: accumulated depreciation | (3,802,758) | (3,092,280) |
| Total | $ 13,469,481 | $ 13,284,312 |

For the three months ended March 31, 2011 and 2010, depreciation expense amounted to approximately $212,000 and $225,000, respectively. For the nine months ended March 31, 2011 and 2010, depreciation expense amounted to approximately $629,000 and $616,000, respectively.

**Note 7 - Intangible assets, net**

Intangible assets consisted of the following:

| | March 31, 2010 (Unaudited) | June 30, 2010 |
|---|---|---|
| Land use rights | $ 29,399,040 | $ 28,359,388 |
| Patents | 5,161,219 | 4,964,010 |
| Customer lists and customer relationships | 1,171,131 | 1,129,716 |
| Trade secrets, formulas and manufacturing process know-how | 1,068,900 | 1,031,100 |
| Licenses | 24,356 | 23,494 |
| Total | 36,824,646 | 35,507,708 |
| Less: accumulated amortization | (5,227,506) | (2,913,382) |
| Total | $ 31,597,140 | $ 32,594,326 |

Amortization expense for the three months ended March 31, 2011 and 2010 amounted to approximately $1,386,000, and $391,000, respectively. Amortization expense for the nine months ended March 31, 2011 and 2010 amounted to approximately $2,155,000 and $1,194,000, respectively.

The following table summarizes the amortization expense for the next five years and thereafter:

| Twelve month periods ending March 31, | |
|---|---|
| 2012 | $ 2,032,165 |
| 2013 | 1,727,592 |
| 2014 | 1,557,841 |
| 2015 | 597,613 |
| 2016 and thereafter | 25,681,929 |
| Total | $ 31,597,140 |

**Note 8 - Debt**

Short term bank loan

Short term bank loan represents an amount due to a bank that is due within one year. This loan can be renewed with the bank upon maturity. The Company's short term bank loan consisted of the following:

| | March 31, 2011 (Unaudited) | June 30, 2010 |
|---|---|---|
| Loan from Communication Bank; due December 2010; interest rate of 6.37% per annum; monthly interest payment; guaranteed by related party, Jiangbo Chinese-Western Pharmacy. | $ - | $ 2,209,500 |
| Total | $ - | $ 2,209,500 |

Interest expense related to the short term bank loan amounted to approximately $0 and $37,000 for three months ended March 31, 2011 and 2010, respectively. Interest expense related to the short term bank loan amounted to approximately $61,000 and $73,000 for the nine months ended March 31, 2011 and 2010, respectively.

Notes Payable

Notes payable represents amounts due to a bank which are collateralized and typically renewed. All notes payable are secured by the Company's restricted cash. The Company's notes payables consist of the following:

| | March 31, 2011 | June 30, 2010 |
|---|---|---|
| | (Unaudited) | |
| Commercial Bank, various amounts, non-interest bearing, due from April 2011 to July 2011; collateralized by 100% of restricted cash deposited | $ 10,383,600 | $ 11,135,880 |
| Total | $ 10,383,600 | $ 11,135,880 |

**Note 9 - Related party transactions**

Other receivables - related parties

The Company leases two of its buildings to Jiangbo Chinese-Western Pharmacy, a company owned by the Company's Chairman of the Board and other majority shareholders. For the three months ended March 31, 2011 and 2010, the Company recorded other income of approximately $84,000 and $81,000 from leasing the two buildings to this related party. For the nine months ended March 31, 2011 and 2010, the Company recorded other income of approximately $248,000 and $242,000 from leasing the two buildings to this related party. As of March 31, 2011 and June 30, 2010, amount due from this related party was approximately $252,000 and $324,000, respectively.

Other payables - related parties

Other payables-related parties primarily consist of accrued salary payable to the Company's officers and directors, and advances from the Company's Chairman of the Board. These advances are short-term in nature and bear no interest. The amounts are expected to be repaid in the form of cash.

Other payables - related parties consisted of the following:

| | March 31, 2011 | June 30, 2010 |
|---|---|---|
| | (Unaudited) | |
| Payable to Wubo Cao, Chairman of the Board | $ 204,732 | $ 154,866 |
| Payable to Shandong Hilead Biotechnology Co., Ltd., majority owned by Wubo Cao, Chairman of the Board and former Chief Executive Officer (1) | - | 48,609 |
| Payable to Michael Marks, Director | 27,500 | - |
| Payable to Haibo Xu, Former Chief Operating Officer and Director | - | 33,688 |
| Payable to Elsa Sung, Former Chief Financial Officer | 11,308 | 5,932 |
| Payable to Jian Ge, Director | 112,500 | - |
| Payable to Huang Lei, Director | 112,500 | - |
| Payable to Xiaowei Feng, Director | 22,500 | - |
| Payable to John Wang, Director | 35,500 | 12,500 |
| Total other payable - related parties | $ 526,540 | $ 255,595 |

(1)   The Company leases two warehouses from Shandong Hilead Biotechnology Co., Ltd., a company majority owned by the Company's Chairman and former Chief Executive Officer. The rent expense related to this lease for the periods ended at March 31, 2011 and 2010 were immaterial.

On December 23, 2010, the Company advanced approximately $104,000 to Jiangbo Chinese-Western Pharmacy, an entity that is 90% owned by Wubo Cao, the Company's Chairman, on an unsecured and interest free basis. The amount was fully repaid by Jiangbo Chinese-Western Pharmacy

on December 30, 2010.

18

**Note 10 – Concentration of Business**

a.        Concentration of Credit risk

Assets that the Company potentially subject to significant concentration of credit risks primarily consist of cash and cash equivalents and accounts receivable. The Company maintains cash deposits in financial institutions that exceed the amounts insured by the U.S. government. Balances at financial institutions or state-owned banks within the PRC are not covered by insurance. Non-performance by these institutions could expose the Company to losses for amounts in excess of insured balances. As of March 31, 2011 and June 30, 2010, the Company's bank balances, including restricted cash balances, exceeded government-insured limits by approximately $157,201,000 and $119,675,000, respectively. To date, the Company has not experienced any losses in such accounts.

Accounts receivable are typically unsecured and the risk with respect to accounts receivable is mitigated by credit evaluations. The Company monitors customers with outstanding balances.

b.        Concentration of major customers, suppliers, and products

For the three months ended March 31, 2011 and 2010, sales from four products accounted for 96.8% and 99.8%, respectively, of the Company's total sales.  For the nine months ended March 31, 2011 and 2010, the four products accounted for 97.8% and 99.4%, respectively, of the Company's total sales.

For the three months ended March 31, 2011 and 2010, three customers accounted for approximately 39.1% and 28.0%, respectively, of the Company's total revenue. For the nine months ended March 31, 2011 and 2010, the three customers accounted for approximately 35.0% and 25.8%, respectively, of the Company's total revenue. The three customers represented 37.7% and 28.7% of the Company's total accounts receivable as of March 31, 2011 and June 30, 2010, respectively.

For the three months ended March 31, 2011 and 2010, top three suppliers accounted for approximately 66.4% and 65.7%, respectively, of the Company's purchases. For the nine months ended March 31, 2011 and 2010, top three suppliers accounted for approximately 65.1% and 61.7%, respectively, of the Company's purchases. Top three suppliers represented 59.8% and 61.5% of the Company's total accounts payable as of March 31, 2011 and June 30, 2010, respectively.

**Note 11 - Taxes payable**

The Company is subject to the United States federal income tax at a tax rate of 34%. No provision for U.S. income taxes has been made as the Company had no U.S. taxable income during the nine months ended March 31, 2011 and 2010.

The Company's wholly owned subsidiaries Karmoya International Ltd. ("Karmoya") and Union Well International Ltd. ("Union Well") were incorporated in the British Virgin Island ("BVI") and the Cayman Islands, respectively. Under the current laws of the BVI and Cayman Islands, the two entities are not subject to income taxes.

On March 16, 2007, the National People's Congress of China passed the new Enterprise Income Tax Law ("EIT Law"), and on November 28, 2007, the State Council of China passed the Implementing Rules for the EIT Law ("Implementing Rules") which became effective on January 1, 2008. The EIT Law and Implementing Rules impose a unified EIT rate of 25.0% on all domestic-invested enterprises and FIEs, unless they qualify under certain limited exceptions. Therefore, nearly all FIEs are subject to the new tax rate alongside other domestic businesses rather than benefiting from the EIT Law and its associated preferential tax treatments, beginning January 1, 2008.

19

In addition to the changes to the current tax structure, under the EIT Law, an enterprise established outside of China with "de facto management bodies" within China is considered a resident enterprise and will normally be subject to an EIT of 25.0% on its global income. The Implementing Rules define the term "de facto management bodies" as "an establishment that exercises, in substance, overall management and control over the production, business, personnel, accounting, etc., of a Chinese enterprise." If the PRC tax authorities subsequently determine that the Company should be classified as a resident enterprise, then the organization's global income will be subject to PRC income tax of 25.0%. Laiyang Jiangbo and GJBT were subject to 25% income tax rate since January 1, 2008.

The table below summarizes the differences between the U.S. statutory federal rate and the Company's effective tax rate for the three months ended March 31, 2011 and 2010:

| | For the Three Months Ended | |
|---|---|---|
| | 2011 | 2010 |
| | (Unaudited) | (Unaudited) |
| U.S. Statutory rates | 34.0% | 34.0% |
| Foreign income not recognized in the U.S | (34.0)% | (34.0)% |
| China income taxes | 25.0% | 25.0% |
| Other items (a) | (1.7)% | (6.1)% |
| Total provision for income taxes | 23.3% | 18.9% |

(a) The (1.7)% and (6.1)% represent the expenses incurred by the Company that are not deductible for PRC income tax purpose, and the gain on change in fair value of derivative liabilities and interest expense in relation to the convertible notes which were not subject to the income tax or bring tax benefits for the three months ended March 31, 2011 and 2010, respectively.

The table below summarizes the differences between the U.S. statutory federal rate and the Company's effective tax rate for the nine months ended March 31, 2011 and 2010:

| | For the Nine Months Ended | |
|---|---|---|
| | 2011 | 2010 |
| | (Unaudited) | (Unaudited) |
| U.S. Statutory rates | 34.0% | 34.0% |
| Foreign income not recognized in the U.S | (34.0)% | (34.0)% |
| China income taxes | 25.0% | 25.0% |
| Other items(a) | (0.3)% | 2.5% |
| Total provision for income taxes | 24.7% | 27.5% |

(a) The (0.3)% and 2.5% represent the expenses incurred by the Company that are not deductible for PRC income tax purpose , for the nine months ended March 31, 2011 and 2010 respectively.

Taxes payable

The following table reflects taxes payable as of:

| | March 31, 2011 | June 30, 2010 |
|---|---|---|
| | (Unaudited) | |
| Value added taxes | $ 665,256 | $ 1,372,353 |
| Income taxes | 1,809,885 | 4,698,174 |
| Other taxes | 388,802 | 188,744 |
| Total | $ 2,863,943 | $ 6,259,271 |

Jiangbo incurred net operating losses of approximately $1,651,000 for income tax purposes for nine months ended March 31, 2011. The estimated net operating loss carryforwards for US income taxes amounted to approximately $6,535,000 which may be available to reduce future years' taxable income. These carryforwards will expire, if not utilized, from 2027 through 2030. Management believes that the realization of the benefits from these losses appears uncertain due to the Company's limited operating history and continuing losses for US income tax purposes. Accordingly, the Company has provided a 100% valuation allowance on the deferred tax asset benefit to reduce the asset to zero. The net change in the valuation allowance for the nine months ended March 31, 2011 was approximately $561,000 and the accumulated valuation allowance as of March 31, 2011 amounted to approximately $2,222,000. Management reviews this valuation allowance periodically and makes adjustments as necessary.

The Company has cumulative undistributed earnings of foreign subsidiaries of approximately $141,828,000 as of March 31, 2011, and is included in consolidated retained earnings and will continue to be indefinitely reinvested in international operations. Accordingly, no provision has been made for U.S. deferred taxes related to future repatriation of these earnings, nor is it practicable to estimate the amount of income taxes that would have to be provided if the Company concluded that such earnings will be remitted in the future.

**Note 12 - Convertible Debt**

November 2007 Convertible Debentures

On November 7, 2007, the Company entered into a Securities Purchase Agreement (the "November 2007 Purchase Agreement") with Pope Investments, LLC ("Pope") (the "November 2007 Investor"). Pursuant to the November 2007 Purchase Agreement, the Company issued and sold to the November 2007 Investor, $5,000,000 principal amount of 6% convertible subordinated debentures due November 30, 2010 (the "November 2007 Debenture") and a three-year warrant to purchase 250,000 shares of the Company's common stock, par value $0.001 per share, exercisable at $12.80 per share, subject to adjustments as provided therein. The November 2007 Debenture bears interest at the rate of 6% per annum and the initial conversion price of the debentures is $10 per share. In connection with the offering, the Company placed in escrow 500,000 shares of its common stock. As of March 31, 2011, the 500,000 shares are still in escrow. In connection with the May 2008 financing, the November 2007 Debenture conversion price was subsequently adjusted to $8 per share (Post 40-to-1 reverse split).

The Company evaluated the FASB's accounting standard regarding convertible debentures and concluded that the convertible debenture has a beneficial conversion feature. The Company estimated the intrinsic value of the beneficial conversion feature of the November 2007 Debenture at $2,904,093. The fair value of the warrants was estimated at $2,095,907. The two amounts are recorded in full value of the bond as debt discount and amortized using the effective interest method over the three-year term of the debentures.

The fair value of the warrants granted with this private placement was computed using the Black-Scholes option-pricing model. Variables used in the option-pricing model include (1) risk-free interest rate at the date of grant (4.5%), (2) expected warrant life of 3 years, (3) expected volatility of 197%, and (4) zero expected dividends. The total estimated fair value of the warrants granted and beneficial conversion feature of the November 2007 Debenture should not exceed the $5,000,000 November 2007 Debenture, and the calculated warrant value was used to determine the allocation between the fair value of the beneficial conversion feature of the November 2007 Debenture and the fair value of the warrants.

In connection with the private placement, the Company paid the placement agents a fee of $250,000 and incurred other expenses of $104,408, which were capitalized as deferred debt issuance costs and are being amortized to interest expense over the life of the debentures. For the three months ended March 31, 2011 and 2010, amortization of debt issuance costs related to the November 2007 Purchase Agreement was $0 and $24,876, respectively. For the nine months ended March 31, 2011 and 2010, amortization of debt issuance costs related to the November 2007 Purchase Agreement was $32,117 and $102,951, respectively. The amortization of debt issuance costs has been included in interest expense. The remaining balance of unamortized debt issuance costs of the November 2007 Purchase Agreement at March 31, 2011 and June 30, 2010 was $0 and $32,118, respectively. The amortization of debt discounts was $0 and $436,202, respectively, for the three months ended March 31, 2011 and 2010. The amortization of debt discounts was $1,255,430 and $1,830,624, respectively, for the nine months ended March 31, 2011 and 2010, respectively. The amortization of debt discount has been included in interest expense on the accompanying consolidated statements of income. The balance of the debt discount was $0 and $1,255,430 at March 31, 2011 and June 30, 2010, respectively.

The November 2007 Debenture bears interest at the rate of 6% per annum, payable in semi-annual installments on May 31 and November 30 of each year, with the first interest payment due on May 31, 2008. The initial conversion price ("November 2007 Conversion Price") of the November 2007 Debentures was $10 per share. If the Company issues common stock at a price that is less than the effective November 2007 Conversion Price, or common stock equivalents with an exercise or conversion price less than the then effective November 2007 Conversion Price, the November 2007 Conversion Price of the November 2007 Debenture and the exercise price of the warrants will be reduced to such price. The November 2007 Debenture may not be prepaid without the prior written consent of the Holder, as defined. In connection with the Offering, the Company placed in escrow 500,000 shares of common stock issued by the Company in the name of the escrow agent. In the event the Company's consolidated Net Income Per Share (as defined in the November 2007 Purchase Agreement), for the year ended June 30, 2008, was less than $1.52, the escrow agent was required to deliver the 500,000 shares to the November 2007 Investor. The Company concluded that its fiscal 2008 Net Income Per Share met the required amount and no shares were delivered to the November 2007 Investor. As of March 31, 2011, the 500,000 shares were still in escrow. The original due date for the November 2007 Debenture was November 30, 2010. The Company was unable to repay the November 2007 on that date due to its inability to transfer sufficient cash out of the PRC. On January 19, 2011, the Company and Pope reached a settlement agreement; Pope agreed to extend the maturity date of November 2007 Debenture remaining outstanding balance of $3.5 million to February 28, 2011. The Company was unable to make the principal payment due to its continued inability to transfer sufficient cash out of the PRCand became delinquent on the November 2007 Debentures on February 28, 2011. As of March 31, 2011 and the date of this report, no formal event of default notice has been presented by the Holder of the November 2007 Debentures and the Company is currently in discussion with the holder to resolve the delinquent situation.

The financing was completed through a private placement to accredited investors and is exempt from registration pursuant to Section 492 of the Securities Act of 1933, as amended ("Securities Act").

During the three and nine months ended March 31, 2011, the Company issued 0 and 1,062,500 shares of its common stock upon conversion of 0 and $500,000 November 2007 Notes, respectively. As of March 31, 2011, a total of $1,500,000 November 2007 Debentures has been converted into shares of common stock of the Company.

<u>May 2008 Convertible Debentures</u>

On May 30, 2008, the Company entered into a Securities Purchase Agreement (the "May 2008 Securities Purchase Agreement") with certain investors (the "May 2008 Investors"), pursuant to which, on May 30, 2008, the Company sold to the May 2008 Investors 6% convertible debentures (the "May 2008 Notes") and warrants to purchase 1,875,000 shares of the Company's common stock ("May 2008 Warrants"), for an aggregate amount of $30,000,000 (the "May 2008 Purchase Price"), in transactions exempt from registration under the Securities Act (the "May 2008 Financing"). Pursuant to the terms of the May 2008 Securities Purchase Agreement, the Company will use the net proceeds from the financing for working capital purposes. In addition, pursuant to the terms of the May 2008 Securities Purchase Agreement, the Company was required, among other things, to increase the number of its authorized shares of common stock to 22,500,000 by August 31, 2008, and is prohibited from issuing any "Future Priced Securities" as such term is described by NASD IM-4350-1 for one year following the closing of the May 2008 Financing. The Company satisfied the increase in the number of its authorized shares of common stock in August 2008 (post 40-to-1 reverse split).

The May 2008 Notes are due May 30, 2011, and are convertible into shares of the Company's common stock at a conversion price equal to $8 per share, subject to adjustments pursuant to customary anti-dilution provisions and automatic downward adjustments in the event of certain sales or issuances by the Company of common stock at a price per share less than $8. Interest on the outstanding principal balance of the May 2008 Notes is payable at a rate of 6% per annum, in semi-annual installments payable on November 30 and May 30 of each year, with the first interest payment due on November 30, 2008. At any time after the issuance of the May 2008 Note, any May 2008 Investor may convert its May 2008 Notes, in whole or in part, into shares of the Company's common stock, provided that such May 2008 Investor shall not affect any conversion if immediately after such conversion, such May 2008 Investor and its affiliates would, in the aggregate, beneficially own more than 9.99% of the Company's outstanding common stock. The May 2008 Notes are convertible at the option of the Company if the following four conditions are met: (i) effectiveness of a registration statement with respect to the shares of the Company's common stock underlying the May 2008 Notes and the Warrants; (ii) the Volume Weighted Average Price ("VWAP") of the common stock has been equal to or greater than 250% of the conversion price, as adjusted, for 20 consecutive trading days on its principal trading market; (iii) the average dollar trading volume of the common stock exceeds $500,000 on its principal trading market for the same 20 days; and (iv) the Company achieves 2008 Guaranteed EBT (as hereinafter defined) and 2009 Guaranteed EBT (as hereinafter defined). A holder of the May 2008 Notes may require the Company to redeem all or a portion of such May 2008 Notes for cash at a redemption price as set forth in the May 2008 Notes, in the event of a change in control of the Company, an event of default or if any governmental agency in the PRC challenges or takes action that would adversely affect the transactions contemplated by the Securities Purchase Agreement. The May 2008 Warrants are exercisable for a five-year period, beginning on May 30, 2008, at an initial exercise price of $10 per share.

The Company estimated the intrinsic value of the beneficial conversion feature of the May 2008 Note at $19,111,323. The fair value of the warrants was estimated at $10,888,677. The two amounts are recorded together as debt discount and amortized using the effective interest method over the three-year term of the debentures.

The fair value of the warrants granted with this private placement was computed using the Black-Scholes option-pricing model. Variables used in the option-pricing model include (1) risk-free interest rate at the date of grant (4.2%), (2) expected warrant life of 5 years, (3) expected volatility of 95%, and (4) zero expected dividends. The total estimated fair value of the warrants granted and beneficial conversion feature of the May 2008 Notes should not exceed the $30,000,000 debenture, and the calculated warrant value was used to determine the allocation between the fair value of the beneficial conversion feature of the May 2008 debenture and the fair value of the warrants.

In connection with the private placement, the Company paid the placement agents a fee of $1,500,000 and incurred other expenses of $186,500, which were capitalized as deferred debt issuance costs and are being amortized to interest expense over the life of the notes. During the three months ended March 31, 2011 and 2010, amortization of debt issuance costs related to the May 2008 Purchase Agreement was $69,813 and $173,355, respectively. During the nine months ended March 31, 2011 and 2010, amortization of debt issuance costs related to the May 2008 Purchase Agreement was $356,976 and $568,033, respectively. The remaining balance of unamortized debt issuance costs of the May 2008 Purchase Agreement at March 31, 2011 and June 30, 2010 was $46,540 and $403,516, respectively. The amortization of debt discounts was $2,339,710 and $3,425,900 for the three months ended March 31, 2011 and 2010, and was $10,581,055 and $9,579,312 for the nine months ended March 31, 2011 and 2010 respectively, which has been included in interest expense on the accompanying consolidated statements of income. The balance of the unamortized debt discount was $1,833,267 and $12,414,322 at March 31, 2010 and June 30, 2010, respectively.

22

In connection with the May 2008 Financing, the Company entered into a holdback escrow agreement (the "Holdback Escrow Agreement") dated May 30, 2008, with the May 2008 Investors and Loeb & Loeb LLP, as Escrow Agent, pursuant to which $4,000,000 of the May 2008 Purchase Price was deposited into an escrow account with the Escrow Agent at the closing of the Financing. Pursuant to the terms of the Holdback Escrow Agreement, (i) $2,000,000 of the escrowed funds will be released to the Company upon the Company's satisfaction no later than 120 days following the closing of the Financing of an obligation that the board of directors be comprised of at least five members (at least two of whom are to be fluent English speakers who possess necessary experience to serve as a director of a public company), a majority of whom will be independent directors acceptable to Pope and (ii) $2,000,000 of the escrowed funds will be released to the Company upon the Company's satisfaction no later than six months following the closing of the Financing of an obligation to hire a qualified full-time chief financial officer (as defined in the May 2008 Securities Purchase Agreement). In the event that either or both of these obligations are not so satisfied, the applicable portion of the escrowed funds will be released pro rata to the Investors. The Company has satisfied both requirements and the holdback money was released to the Company in July 2008.

In connection with the May 2008 Financing, Mr. Cao, the Company's Chairman of the Board, placed 3,750,000 shares of common stock of the Company owned by him into an escrow account pursuant to a make good escrow agreement dated May 30, 2008 (the "Make Good Escrow Agreement"). In the event that either (i) the Company's adjusted 2008 earnings before taxes is less than $26,700,000 ("2008 Guaranteed EBT") or (ii) the Company's 2008 adjusted fully diluted earnings before taxes per share is less than $1.60 ("2008 Guaranteed Diluted EBT"), 1,500,000 of such shares (the "2008 Make Good Shares") are to be released pro rata to the May 2008 Investors. In the event that either (i) the Company's adjusted 2009 earnings before taxes is less than $38,400,000 ("2009 Guaranteed EBT") or (ii) the Company's adjusted fully diluted earnings before taxes per share is less than $2.32 (or $2.24 if the 500,000 shares of common stock held in escrow in connection with the November 2007 private placement have been released from escrow) ("2009 Guaranteed Diluted EBT"), 2,250,000 of such shares (the "2009 Make Good Shares") are to be released pro rata to the May 2008 Investors. Should the Company successfully satisfy these respective financial milestones, the 2008 Make Good Shares and 2009 Make Good Shares will be returned to Mr. Cao. In addition, Mr. Cao is required to deliver shares of common stock owned by him to the Investors on a pro rata basis equal to the number of shares (the "Settlement Shares") required to satisfy all costs and expenses associated with the settlement of all legal and other matters pertaining to the Company prior to or in connection with the completion of the Company's October 2007 share exchange in accordance with formulas set forth in the May 2008 Securities Purchase Agreement (post 40-to-1 reverse split). The Company has concluded that both thresholds for the years ended June 30, 2009 and June 30, 2008 have been met. Neither the 2008 Make Good Shares nor the 2009 Make Good Shares had been returned to Mr. Cao as of March 31, 2011 and as of the date of this filing.

The security purchase agreement set forth permitted indebtedness which the Company's lease obligations and purchase money indebtedness is limited up to $1,500,000 per year in connection with new acquisition of capital assets and lease obligations. Permitted investment set forth with the security purchase agreement limits capital expenditure of the Company not to exceed $5,000,000 in any rolling 12 months.

Pursuant to a Registration Rights Agreement, the Company agreed to file a registration statement covering the resale of the shares of common stock underlying the May 2008 Notes and Warrants, (ii) the 2008 Make Good Shares, (iii) the 2009 Make Good Shares, and (iv) the Settlement Shares. The Company must file an initial registration statement covering the shares of common stock underlying the Notes and Warrants no later than 45 days from the closing of the Financing and to have such registration statement declared effective no later than 180 days from the closing of the Financing. If the Company does not timely file such registration statement or cause it to be declared effective by the required dates, then the Company will be required to pay liquidated damages to the Investors equal to 1.0% of the aggregate May 2008 Purchase Price paid by such Investors for each month that the Company does not file the registration statement or cause it to be declared effective. Notwithstanding the foregoing, in no event shall liquidated damages exceed 10% of the aggregate amount of the May 2008 Purchase Price. The Company satisfied its obligations under the Registration Rights Agreement by filing the required registration statement and causing it to be declared effective within the time periods set forth in the Registration Rights Agreement.

During the three and nine months ended March 31, 2011, the Company issued 0 and 1,062,500 shares of its common stock upon conversion of $500,000 and $8,000,000 May 2008 Notes, respectively. As of March 31, 2011, a total of $16,120,000 May 2008 Notes has been converted into common shares.

The above two convertible debenture liabilities are as follows:

| | March 31, 2011 | June 30, 2010 |
|---|---|---|
| | (Unaudited) | |
| November 2007 convertible debenture note payable | $ 3,500,000 | $ 4,000,000 |
| May 2008 convertible debenture note payable | 13,880,000 | 21,880,000 |
| Total convertible debenture note payable | 17,380,000 | 25,880,000 |
| Less: Unamortized discount on November 2007 convertible debenture note payable | - | (1,255,430) |
| Less: Unamortized discount on May 2008 convertible debenture note payable | (1,833,267) | (12,414,322) |
| Convertible debentures, net | $ 15,546,733 | $ 12,210,248 |

Interest and Penalties

As a result of the delay in its ability to transfer cash out of the PRC (partially due to the stricter foreign exchange restrictions and regulations imposed in the PRC starting in December 2008), the Company became delinquent on the payment of interest under the November 2007 Debenture and May 2008 Notes in December 2009. In February 2010, the Company, the holder of the November 2007 Debenture and the majority holder of the May 2008 Notes holders entered to a waiver agreement regarding the delinquent interest payment; the waiver agreement required the Company to make the delinquent interest payments by February 25, 2010 and to have its common stock listed on the NASDAQ stock market on or prior to April 15, 2010. The Company was not able to meet the waiver letter requirements and has continued dialogue with the November 2007 Debenture and May 2008 Notes holders. No formal event of default notice was presented by the November 2007 Debenture or the May 2008 Notes holders. On January 19, 2011, the Company and the holder of the November 2007 Debenture and majority holder of the May 2008 Notes (the " Holder") entered into a Letter Agreement (the "Letter Agreement") whereby the Company agreed to issue a total of 886,277 shares of its common stock to the Holder and other holders of the May 2008 Notes by January 20, 2011 for all accrued interest and related interest penalty and the Holder agreed to waive the Event of Default provisions set forth in the November 2007 Debenture and the May 2008 Notes. Of the 886,277 shares issued, 366,048 shares were related to accrued interest and 520,229 shares were related to penalties.  The Holder also agreed to extend the due date of the November 2007 Debenture to February 28, 2011. Approximately $6,281,031 of the accrued interest and related interest penalty was settled accordingly.

The Company was unable to make the principal payment and again became delinquent on the November 2007 Debenture on March 1, 2011.  As of March 31, 2011 and the date of this report, no formal event of default notice has been presented by the holder of the November 2007 Debenture and the Company is currently in discussion with the holder of the November 2007 Debenture to resolve the delinquent situation.

Accrued interest and related interest penalty as of March 31, 2011 related to the November 2007 Debenture and May 2008 Notes amounted to $291,394.

**Note 13 - Shareholders' equity**

Common stock

In July 2010, the Company issued 3,250 shares of common stock to a consultant for services. The Company valued these shares at the fair value on the service contract date of $8.40 per share, or $27,300 in total, based on the trading price of common stock. For the nine months ended March 31, 2011, the Company recorded stock-based compensation expense of $27,300 related to this issuance accordingly.

 In July 2010, the Company issued 562,500 shares of its common stock in connection with the conversion of $4,500,000 of May 2008 Notes at the conversion price of $8. In connection with the conversion, the Company recorded $2,636,210 in interest expense to fully amortize the unamortized discount and deferred financing costs related to the converted dentures.

In August 2010, the Company issued 125,000 shares of its common stock in connection with the conversion of $1,000,000 of May 2008 Notes at the conversion price of $8. In connection with the conversion, the Company recorded $541,033 in interest expense to fully amortize the unamortized discount and deferred financing costs related to the converted dentures.

In September 2010, the Company issued 250,000 shares of its common stock in connection with the conversion of $2,000,000 of May2008 Notes at the conversion price of $8. In connection with the conversion, the Company recorded $999,286 in interest expense to fully amortize the unamortized discount and deferred financing costs related to the converted dentures.

In September 2010, the Company issued 1,450 shares of common stock to the Company's Chairman as director fee. The Company valued these shares at the fair market value on the date of grant of $7.49 per share, or $10,860 in total, based on the trading price of common stock. For the nine months ended March 31, 2011, the Company recorded stock based compensation expense of $10,860 related to this issuance accordingly.

In October 2010, the Company issued 62,500 shares of its common stock in connection with the conversion of $500,000 of May 2008 Notes at the conversion price of $8. In connection with the conversion, the Company recorded $226,132 in interest expense to fully amortize the unamortized discount and deferred financing costs related to the converted dentures.

In November 2010, the Company issued 62,500 shares of its common stock in connection with the conversion of $500,000 of November 2007 Debentures at the conversion price of $8. The Company did not recorded interest expense as the debenture discount and deferred financing costs related to the converted dentures have been fully amortized prior to the conversion.

In November 2010, the in connection with the settlement (see Note 19) with China West II, the Company issued 22,500 shares of its common stock and the shares were valued at fair market value on the date of settlement at $6.71 per share or $150,976 in total, based on the trading price of the common stock. For the nine months ended March, 2011, the Company recorded settlement income of approximately $91,000 related to this settlement.

In December 2010, the Company issued a total of 7,950 shares of common stock to four of the Company's director, officers and employees. as director fee. The Company valued these shares at the fair market value on the date of grant of $5.72 per share, or $45,471 in total, based on the trading price of common stock. For the nine months ended March 31, 2011, the Company recorded stock based compensation expense of $45,474 related to this issuance accordingly.

In January 2011, the Company issued 3,250 shares of common stock to a consultant for services. The Company valued these shares at the fair market value on the service contract date of $8.40 per share, or $27,300 in total, based on the trading price of common stock on the contract date. For the nine months ended March 31, 2011, the Company recorded stock-based compensation expense of $27,300 related to this issuance accordingly.

In January 2011, in connection with the settlement (see Note 12) with the November 2007 Debentures and May 2008 Notes holders, the Company issued 886,277 shares of its common stock and the shares were valued at fair market value on the date of settlement at $6.64 per share or $5,884,879 in total, based on the trading price of the common stock. For the nine months ended March, 2011, the Company recorded settlement income of approximately $262,000 related to this settlement.

In March 2011, the Company issued a total of 3,200 shares of common stock to two of the Company's directors and officers as compensations. The Company valued these shares at the fair market value on the date of grant of $4.38 per share, or $14,016 in total, based on the trading price of common stock. For the nine months ended March 31, 2011, the Company recorded stock based compensation expense of $14,016 related to this issuance accordingly.

Registered capital contribution receivable

At inception, Karmoya issued 1,000 shares of common stock to its founder. The shares were valued at par value. On September 20, 2007, the Company issued 9,000 shares of common stock to nine individuals at par value. The balance of $10,000 is shown as capital contribution receivable on the accompanying consolidated financial statements. As part of its agreements with the shareholders, the Company was to receive the $10,000 in October 2007. As of March 31, 2011, the Company has not received the $10,000.

Union Well was established on May 9, 2007, with a registered capital of $1,000. In connection with Karmoya's acquisition of Union Well, the registered capital of $1,000 is reflected as capital contribution receivable on the accompanying consolidated financial statements. The $1,000 was due in October 2007, however, as of March 31, 2011, the Company has not received the $1,000.

**Note 14 - Warrants**

In connection with the $5,000,000 November 2007 6% Convertible Debenture, the Company issued a three-year warrant to purchase 250,000 shares of common stock, at an exercise price of $12.80 per share. The calculated fair value of the warrants granted with this private placement was computed using the Black-Scholes option-pricing model. Variables used in the option-pricing model include (1) risk-free interest rate at the date of grant (4.5%), (2) expected warrant life of 3 years, (3) expected volatility of 197%, and (4) zero expected dividends. In connection with the May 2008 financing, the exercise price of outstanding warrants issued in November 2007 was reduced to $8 per share and the total number of warrants to purchase common stock was increased to 400,000. The 400,000 warrants were expired in November 2010.

In connection with the $30,000,000 May 2008 6% Convertible Notes, the Company issued a five-year warrant to purchase 1,875,000 shares of common stock, at an exercise price of $10 per share. The calculated fair value of the warrants granted with this private placement was computed using the Black-Scholes option-pricing model. Variables used in the option-pricing model include (1) risk-free interest rate at the date of grant (4.2%), (2) expected warrant life of 5 years, (3) expected volatility of 95%, and (4) zero expected dividends.

On February 15, 2009, the Company granted 40,000 stock warrants to a consultant at an exercise price of $6.00 per share exercisable for a period of three years. The warrants fully vest on July 15, 2009. The fair value of this warrant grant was estimated on the date of grant using the Black-Scholes option-pricing model with the following assumptions: (1) risk-free interest rate at the date of grant (1.83%), (2) expected warrant life of three years, (3) expected volatility of 106%, and (4) zero expected dividends. In connection with these warrants, the Company recorded stock-based compensation expense of $126,616 for the six months ended December 31, 2009.

A summary of the warrants as of March 31, 2011, and changes during the period are presented below:

| | Number of Warrants |
|---|---|
| Outstanding as of June 30, 2009 | 2,315,000 |
| Granted | - |
| Forfeited | - |
| Exercised | - |
| Outstanding as of June 30, 2010 | 2,315,000 |
| Granted | - |
| Forfeited | 400,000 |
| Exercised | - |
| Outstanding as of March 31, 2011 (unaudited) | 1,915,000 |

The following is a summary of the status of warrants outstanding at March 31, 2011:

| | Outstanding Warrants | | | Exercisable Warrants | | |
|---|---|---|---|---|---|---|
| Exercise Price | Number | Average Remaining Contractual Life (Years) | Average Exercise Price | Number | Average Remaining Contractual Life (Years) | |
| $      6.00 | 40,000 | 0.88 | $   6.00 | 40,000 | 0.88 | |
| $    10.00 | 1,875,000 | 2.17 | $ 10.00 | 1,875,000 | 2.17 | |
| Total | 1,915,000 | | | 1,915,000 | | |

The Company has 1,915,000 warrants outstanding and exercisable at an average exercise price of $9.92 per share as of March 31, 2011.

## Note 15 - Stock options

On June 10, 2008, 7,500 options were granted and the fair value of these options was estimated on the date of the grant using the Black-Scholes option-pricing model with the following weighted-average assumptions:

| | Expected Life | Expected Volatility | Dividend Yield | Risk Free Interest Rate | Grant Date Average Fair Value |
|---|---|---|---|---|---|
| Current officer | 5 years | 95% | 0% | 2.51% | $   8.00 |

As of March 31, 2011, of the 7,500 options held by the Company's executives, directors, and employees were fully vested.

The following is a summary of the option activity:

| | Number of Options |
|---|---|
| Outstanding as of June 30, 2009 | 140,900 |
| Granted | - |
| Forfeited | - |
| Exercised | - |
| Outstanding as of June 30, 2010 | 140,900 |
| Granted | - |
| Forfeited | 133,400 |
| Exercised | - |
| Outstanding as of March 31, 2011 (unaudited) | 7,500 |

26

Following is a summary of the status of options outstanding at March 31, 2011:

| | Outstanding Options | | | Exercisable Options | | |
|---|---|---|---|---|---|---|
| Average Exercise Price | | Number | Weighted Average Remaining Contractual Life (years) | Average Exercise Price | Number | Weighted Average Remaining Contractual Life (years) |
| $ | 12.00 | 2,000 | 2.20 | $ | 12.00 | 2,000 | 2.20 |
| $ | 16.00 | 1,750 | 2.20 | $ | 16.00 | 1,750 | 2.20 |
| $ | 20.00 | 1,875 | 2.20 | $ | 20.00 | 1,875 | 2.20 |
| $ | 24.00 | 1,875 | 2.20 | $ | 24.00 | 1,875 | 2.20 |
| | Total | 7,500 | | | Total | 7,500 | |

At March 31, 2011 and June 30, 2010, there was no compensation expense recorded related to options granted as related compensation expenses has been fully charged in prior periods.

**Note 16 - Employee pension plan**

The employee pension in the Company generally includes two parts: the first part to be paid by the Company is 30.6% of $128 for each qualified employee each month. The other part, paid by the employees, is 11% of $128 each month. For the three months ended March 31, 2011 and 2010, the Company made pension contributions in the amount of $28,655 and $28,096, respectively. For the nine months ended March 31, 2011 and 2010, the Company made pension contributions in the amount of $110,655 and $58,368, respectively.

**Note 17 - Statutory reserves**

The Company is required to make appropriations to reserve funds, comprising the statutory surplus reserve and discretionary surplus reserve, based on after-tax net income determined in accordance with generally accepted accounting principles of the People's Republic of China ("PRC GAAP"). Appropriations to the statutory surplus reserve is required to be at least 10% of the after tax net income determined in accordance with PRC GAAP until the reserve is equal to 50% of the entities' registered capital. Appropriations to the discretionary surplus reserve are made at the discretion of the Board of Directors.

The statutory surplus reserve fund is non-distributable other than during liquidation and can be used to fund previous years' losses, if any, and may be utilized for business expansion or converted into share capital by issuing new shares to existing shareholders in proportion to their shareholding or by increasing the par value of shares currently held by them, provided that the remaining reserve balance after such issue is not less than 25% of the registered capital.

The discretionary surplus fund may be used to acquire fixed assets or to increase the working capital to expend on production and operation of the business. The Company's Board of Directors decided not to make an appropriation to this reserve for 2008.

Pursuant to the Company's articles of incorporation, the Company is required to appropriate 10% of the net profit as statutory surplus reserve up to 50% of the Company's registered capital. During the year ended June 30, 2008, the Company's statutory surplus reserve reached 50% of its registered capital.

**Note 18 - Accumulated other comprehensive income**

The components of accumulated other comprehensive income is as follows:

| | | |
|---|---|---|
| Balance, June 30, 2009 | $ | 6,523,602 |
| Foreign currency translation gain | | 927,723 |
| Unrealized gain on marketable securities | | 166,378 |
| Balance, June 30, 2010 | $ | 7,617,703 |
| Foreign currency translation gain | | 6,595,950 |
| Balance, March 31, 2011 (unaudited) | $ | 14,213,653 |

**Note 19 - Commitments and Contingencies**

Commitments

R&D Agreement

In September 2007, the Company entered into a three year Cooperative Research and Development Agreement ("CRADA") with a provincial university. Under the CRADA, the university is responsible for designing, researching and developing designated pharmaceutical projects for the Company. Additionally, the university will also provide technical services and trainings to the Company. As part of the CRADA, the Company will pay approximately $3.5 million (RMB 24,000,000) plus out-of-pocket expenses to the university annually and provide internship opportunities for students of the university.  The Company will have the primary ownership of the designated research and development project results.

In November 2007, the Company entered into a five year CRADA with a research institute. Under this CRADA, the institute is responsible for designing, researching and developing designated pharmaceutical projects for the Company. Additionally, the university will also provide technical services and trainings to the Company.  As part of the CRADA, the Company pays approximately $880,000 (RMB 6,000,000) to the institute annually.  The Company will have the primary ownership of the designated research and development project results.

For the three months ended March 31, 2011 and 2010, approximately $233,000 and $1,093,000, respectively was incurred as research and development expense. For the nine months ended March 31, 2011 and 2010, approximately $1,426,000 and $3,299,000, respectively was incurred as research and development expense. As of March 31, 2011, the Company's future estimated payments to the remaining one CRADA amounted to approximately $1.5 million.

Contingencies

*a.      Delinquent in the Repayment of Principal on November 2007 Debenture*

As discussed in Note 12, the Company became delinquent in the payment of principal on its November 2007 Debenture on March 1, 2011. To date, the Company has remained unable to make these payments. The Company is required to repay the then outstanding aggregate principal amount of the November 2007 Debentures, together with all accrued interest and penalties. The Company continues to be engaged in discussions with the sole holder of the November 2007 Debenture with respect to this payment delinquency. To date, the Company has not received a formal acceleration notice under the terms of the November 2007 Debentures, nor have any actions been taken against the Company to secure the obligations.

In the event that the Company is unable to repay the November 2007 Debentures, upon such an acceleration, or in the event that the Company is unable to repay the November 2007 Debentures, when due, it is likely that the sole holder of the November 2007 Debenture will institute legal proceedings against the Company to collect the amounts due under the November 2007 Debentures. The occurrence of any of these events would be materially adverse to the Company's ability to continue its business as it is presently conducted.

28

Operations based in the PRC

The Company's operations are carried out in the PRC. Accordingly, the Company's business, financial condition, and results of operations may be influenced by the political, economic, and legal environments in the PRC, and by the general state of the PRC's economy.

The Company's operations in the PRC are subject to specific considerations and significant risks not typically associated with companies in North America and Western Europe. These include risks associated with, among others, the political, economic, and legal environments, and foreign currency exchange. The Company's results may be adversely affected by changes in governmental policies with respect to laws and regulations, anti-inflationary measures, currency conversion and remittance abroad, and rates and methods of taxation, among others.

Legal proceedings

China West II, LLC and Genesis Technology Group, Inc., n/k/a Jiangbo Pharmaceuticals, Inc. (Arbitration)

In April 2010, China West II, LLC ("CW II") filed a Demand For Arbitration with the American Arbitration Association on the case of *CW II and Genesis Technology Group, Inc. n/k/a Jiangbo Pharmaceuticals, Inc.* In that matter, CW II seeks repayment and interest on a $142,500 promissory note dated August 3, 2007 made by Genesis Equity Partners II LLC ("GEP"), a subsidiary of the Company prior to the October 2007 reverse merger, and guaranteed by the Company. In November 2010, the Company signed a settlement agreement with CW II. The Company agreed to issue 22,500 shares of its common stock to CW II and CW II agreed to pay the Company $25,000 in cash. The Company and CW II generally and fully released each other from all claims and liabilities. In connection with the settlement, the Company recorded approximately $91,000 settlement gain.

**Note 20- Subsequent event**

The Company became delinquent in the payment of principal on its November 2007 Debenture on March 1, 2011. To date, the Company has remained unable to make these payments. The Company is required to repay the then outstanding aggregate principal amount of the November 2007 Debentures, together with all accrued interest and penalties.  As of March 31, 2011 and the date of this report, no formal event of default notice has been  presented by the sole holder of the November 2007 Debentures and the Company is currently in discussions with the sole holder of the November 2007 Debenture to resolve the delinquent situation. However, the sole holder of the November 2007 Debentures may deliver an acceleration notice to the Company at any time. In the event that an acceleration notice is delivered to the Company, a cross-default will occur with respect to our May 2008 Notes and the majority holder of the May 2008 Notes will have the right to deliver an acceleration notice with respect to the May 2008 Notes. In addition, on May 30, 2011, the Company will be required to repay the then outstanding aggregate principal amount of the May 2008 Notes, together with all accrued interest.  There can be no assurance that the Company will be able to make the repayments on time.  In the event that the Company is unable to repay the May 2008 Notes, when due, the majority holder of the May 2008 Notes may deliver an acceleration notice to the Company with respect to the May 2008 Notes.  In the event that an acceleration notice is delivered to the Company, the Company may be forced to seek protection under the United States Bankruptcy Code.

Management has considered all events occurring through the date the financial statements have been issued, and has determined that there are no such events that are material to the financial statement, or all such material events have been fully disclosed.

29

**CAUTIONARY NOTICE REGARDING FORWARD-LOOKING INFORMATION**

All statements contained in this Quarterly Report on Form 10-Q ("Form 10-Q") for Jiangbo Pharmaceuticals, Inc., other than statements of historical facts, that address future activities, events or developments are forward-looking statements, including, but not limited to, statements containing the words "believe," "anticipate," "expect," and words of similar import. These statements are based on certain assumptions and analyses made by us in light of our experience and our assessment of historical trends, current conditions and expected future developments as well as other factors we believe are appropriate under the circumstances. However, whether actual results will conform to the expectations and predictions of management is subject to a number of risks and uncertainties that may cause actual results to differ materially.

Such risks include, among others, the following: international, national and local general economic and market conditions; our ability to sustain, manage or forecast our growth; raw material costs and availability; new product development and introduction; existing government regulations and changes in, or the failure to comply with, government regulations; adverse publicity; competition; the loss of significant customers or suppliers; fluctuations and difficulty in forecasting operating results; changes in business strategy or development plans; business disruptions; the ability to attract and retain qualified personnel; the ability to protect technology; and other factors referenced in this and previous filings.

Consequently, all of the forward-looking statements made in this Form 10-Q are qualified by these cautionary statements and there can be no assurance that the actual results anticipated by management will be realized or, even if substantially realized, that they will have the expected consequences to or effects on our business operations. As used in this Form 10-Q, unless the context requires otherwise, "we," "us," "Jiangbo" or the "Company" means Jiangbo Pharmaceuticals, Inc. and its subsidiaries.

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

*The following discussion and analysis of the results of operations and financial condition of Jiangbo Pharmaceuticals, Inc. for the three months and nine months ended March 31, 2011 and 2010 should be read in conjunction with Jiangbo's financial statements and the notes to those financial statements that are included elsewhere in this Quarterly Report on Form 10-Q. Our discussion includes forward-looking statements based upon current expectations that involve risks and uncertainties, such as our plans, objectives, expectations and intentions. Actual results and the timing of events could differ materially from those anticipated in these forward-looking statements as a result of a number of factors, including those set forth under the Risk Factors, and Cautionary Notice Regarding Forward-Looking Statements in this Form 10-Q. We use words such as "anticipate," "estimate," "plan," "project," "continuing," "ongoing," "expect," "believe," "intend," "may," "will," "should," "could," and similar expressions to identify forward-looking statements.*

**OVERVIEW**

We were incorporated on August 15, 2001, in the State of Florida under the name Genesis Technology Group, Inc.

Pursuant to a Certificate of Amendment to our Amended and Restated Articles of Incorporation filed with the State of Florida which took effect as of April 16, 2009, our name was changed from "Genesis Pharmaceuticals Enterprises, Inc." to "Jiangbo Pharmaceuticals, Inc." (the "Corporate Name Change"). The Corporate Name Change was approved and authorized by our Board of Directors as well as our holders of a majority of the outstanding shares of voting stock by written consent.

As a result of the Corporate Name Change, our stock symbol changed to "JGBO" with the opening of trading on May 12, 2009, on the OTC Bulletin Board.

**RESULTS OF OPERATIONS**

**Comparison of nine months and three months ended March 31, 2011 and 2010**

The following table sets forth the results of our operations for the periods indicated as a percentage of total net sales ($ in thousands):

| | Three Months Ended March 31, | | | | Nine Months Ended March 31, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2011 | % of Revenue | 2010 | % of Revenue | 2011 | % of Revenue | 2010 | % of Revenue |
| SALES | $ 18,109 | 100.0% | $ 25,571 | 100.0% | $ 69,200 | 100.0% | $ 68,135 | 100.0% |
| COST OF SALES | 6,071 | 33.5% | 6,974 | 27.3% | 20,332 | 29.4% | 17,902 | 26.3% |
| GROSS PROFIT | 12,038 | 66.5% | 18,597 | 72.7% | 48,868 | 70.6% | 50,233 | 73.7% |
| SELLING, GENERAL AND ADMINISTRATIVE EXPENSES | 5,845 | 32.3% | 3,799 | 14.9% | 13,950 | 20.2% | 13,400 | 19.7% |
| RESEARCH AND DEVELOPMENT | 233 | 1.3% | 1,093 | 4.30% | 1,426 | 2.1% | 3,299 | 4.8% |
| INCOME FROM OPERATIONS | 5,960 | 32.9% | 13,704 | 53.6% | 33,492 | 48.4% | 33,534 | 49.2% |
| OTHER INCOME (EXPENSES), NET | 637 | 3.5% | 5,055 | 19.8% | 2,069 | 3.0% | (2,051) | (3.0)% |
| INCOME BEFORE PROVISION FOR INCOME TAXES | 6,597 | 36.4% | 18,760 | 73.3% | 35,561 | 51.4% | 31,483 | 46.2% |
| PROVISION FOR INCOME TAXES | 1,540 | 8.5% | 3,540 | 13.8% | 8,799 | 12.7% | 8,618 | 12.6% |
| INCOME FROM CONTINUING OPERATION | 5,058 | 27.9% | 15,220 | 59.5% | 26,762 | 38.7% | 22,864 | 33.6% |
| LOSS FROM DISCONTINUING OPERATION | - | 0% | 36 | 0.1% | - | 0% | 201 | 0.3% |
| NET INCOME | 5,058 | 27.9% | 15,184 | 59.4% | 26,762 | 38.7% | 22,664 | 33.3% |
| OTHER COMPREHENSIVE INCOME | 1,177 | 6.5% | 33 | 0.1% | 6,596 | 9.5% | 286 | 0.4% |
| COMPREHENSIVE INCOME | 6,235 | 34.4% | 15,217 | 59.5% | 33,358 | 48.2% | 22,950 | 33.7% |

31

*REVENUES.* Revenues by product categories were as follows ($ in thousands):

| Product | Nine Months Ended March 31, | | Increase (Decrease) | Increase (Decrease) |
|---|---|---|---|---|
| | 2011 | 2010 | | |
| Western pharmaceutical medicines | $ 47,910 | $ 45,158 | $ 2,752 | 6.1% |
| Chinese traditional medicines | 21,290 | 22,977 | (1,687) | (7.3)% |
| TOTAL | $ 69,200 | $ 68,135 | $ 1,065 | 1.6% |

| Product | Three Months Ended March 31, | | (Decrease) | (Decrease) |
|---|---|---|---|---|
| | 2011 | 2010 | | |
| Western pharmaceutical medicines | $ 12,757 | $ 17,416 | $ (4,659) | (26.8)% |
| Chinese traditional medicines | 5,352 | 8,155 | (2,803) | (34.4)% |
| TOTAL | $ 18,109 | $ 25,571 | $ (7,462) | (29.2)% |

REVENUE . During the nine months ended March 31, 2011, we had revenues of $69.2 million as compared to revenues of $68.1 million for the nine months ended March 31, 2010, an increase of $1.1 million or approximately 1.6%. For the three months ended March 31, 2011, we had revenues of $18.1 million as compared to revenues of $25.6 million for the three months ended March 31, 2010, a decrease of $7.5 million or 29.2%. The slight increase in total revenue in the nine months period ended March 31, 2011 was primarily due to an 2.4% appreciation of the RMB against the US dollar and offset by an approximately 0.8% decrease in the revenue when measured in the operating company Laiyang Jiangbo's functional currency. We had a decrease in the sales of Itopride Hydrochloride granules and Baobaole Chewable Tables sales of our three top selling products and the sales decrease was offset by the increase in sales of Clarithromycin Sustained-released Tablets, Radix Isatidis Disperable Tablets and Ciprofloxacin Hydrochloride tablets. The newly launched Felodipine Sustained-released tablets also contributed to the sales increase.

For the three months ended March 31, 2011, we had revenues of $18.1 million which is consistent with the revenues of $25.6 million for the three months ended March 31, 2010, a decrease of $7.5 million or 29.2%. We had an average of 34% decrease in the decrease in the revenue generated from our top four products Clarithromycin Sustained-released tablets, Itopride Hydrochloride granules, Baobaole chewable tablets and Radix Isatidis granules. The revenue decrease was offset by the increase in Ciprofloxacin Hydrochloride tablets and Felodipline sustained release tablets. We were able to have manufacture capacities to meet our customers' special orders on Ciprofloxacin Hydrochloride tablets in the third quarter and the Felodipline sustained release tablets was newly launched in fiscal year 2011. The overall decrease in total revenue in the third quarter of fiscal year 2011 was primarily due to the increased sales in the third quarter of fiscal year 2010 as a result of the loss of production time caused by the Good Manufacture Practice ("GMP") re-certification procedure in the second quarter fiscal year 2010. Many of our customers were unable to receive shipments in the second quarter of fiscal year 2010; as our production resumed to the normal level in December 2010, customers placed more orders in the third quarter of fiscal year 2010 to make up for the shortage in the second quarter of fiscal year 2010. The GMP re-certification procedure generally is performed by the Chinese State Food and Drug Administration, or SFDA, every five years and it required the production process to be stopped for the production lines under inspection. The re-certification procedure lasted for approximately six weeks at our main facility in the second quarter of fiscal year 2010.

As several of our major products including Clarithromycin Sustained-released Tablets, Itopride Hydrochloride granules and Baobaole chewable tablets have entered into their maturity, we expect to maintain Clarithromycin Sustained-released Tablets sales at its current level and continue experiencing the decrease in sales of Itopride Hydrochloride granules and Baobaole chewable tablets. Additionally, our Hongrui facility renovation work was completed in October 2010 and we have recently received the GMP certificate for this facility. We have relaunched several of the traditional Chinese medicines acquired in the February 2009 Hongrui acquisition and we expect to see more sales being generated from those products for the remaining of the year.

*COST OF SALES* by product categories were as follows ($ in thousands):

| Product | Nine Months Ended March 31, | | Increase | Increase |
|---|---|---|---|---|
| | 2011 | 2010 | | |
| Western pharmaceutical medicines | $ 14,439 | $ 12,699 | $ 1,740 | 13.7% |
| Chinese traditional medicines | 5,893 | 5,203 | 690 | 13.3% |
| TOTAL | $ 20,332 | $ 17,902 | $ 2,430 | 13.6% |

| Product | Three Months Ended March 31, | | (Decrease) | (Decrease) |
|---|---|---|---|---|
| | 2011 | 2010 | | |
| Western pharmaceutical medicines | $ 4,480 | $ 4,986 | $ (506) | (10.1)% |
| Chinese traditional medicines | 1,591 | 1,988 | (397) | (20.0)% |
| TOTAL | $ 6,071 | $ 6,974 | $ (903) | (12.9)% |

Cost of sales for the nine months ended March 31, 2011 increased $2.4 million or 13.6%, from $17.9 million for the nine months ended March 31, 2010 to $20.3 million for the nine months ended March 31, 2011.The increase was primarily attributable to the increase in raw material prices, particularly related our Clarithromycin Sustained-released Tablets and Radix Isatidis Disperable Tablets, and the appreciation of RMB value against the US dollar. For the three months ended March 31, 2011, cost of sales decreased $1.0 million or 12.9%, from $7.0 million for the three months ended March 31, 2010 to $6.1 million for the three months ended March 31, 2011, the decrease in cost of sales was primarily due to decrease in our product quantities sold and offset by the increase in raw material prices, particularly related our Clarithromycin Sustained-released Tablets and Radix Isatidis Disperable Tablets. The overall cost of sales as a percentage of net revenue for the nine months ended March 31, 2011, was approximately 29.4% as compared to 26.3% for the nine months ended March 31, 2010 and 33.5% as compared to 27.3% for the three months ended March 31, 2011 as compared to the three months ended March 31, 2010.

*GROSS PROFIT* by product categories as a percentage of sales were as follows:

| Product | Nine Months Ended March 31, | | (Decrease) |
|---|---|---|---|
| | 2011 | 2010 | |
| Western pharmaceutical medicines | 69.9% | 71.9% | (1.8)% |
| Chinese traditional medicines | 72.3% | 77.4% | (5.1)% |

| Product | Three Months Ended March 31, | | (Decrease) |
|---|---|---|---|
| | 2011 | 2010 | |
| Western pharmaceutical medicines | 64.5% | 72.9% | (8.4)% |
| Chinese traditional medicines | 70.3% | 76.9% | (6.6)% |

Gross profit was $48.9 million for the nine months ended March 31, 2011, as compared to $50.2 million for the nine months ended March 31, 2010, and $12.0 million for the three months ended March 31, 2011, as compared to $18.6 million for the three months ended March 31, 2010, representing gross margins of approximately 70.6% and 73.7% for the nine months ended March 31, 2011 and 2010, and  66.5% and 72.7% for the three months ended March 31, 2011 and 2010, respectively. The decrease in the gross profit for the periods ended March 31, 2011 was primarily due to increase in raw material prices, particularly related to Clarithromycin Sustained-released Tablets and Radix Isatidis Disperable Tablets, and more products with lower gross margin were sold in the western pharmaceutical medicines category.

33

*SELLING, GENERAL AND ADMINISTRATIVE EXPENSES*

Selling, general and administrative expenses totaled $14.0 million for the nine months ended March 31, 2011, as compared to $13.4 million for the nine months ended March 31, 2010, a decrease of $0.6 million or approximately 4.1%. Selling, general and administrative expenses totaled $5.8 million for the three months ended March 31, 2011, as compared to $3.8 million for the three months ended March 31, 2010, an increase of $2.0 million or approximately 53.9% as summarized below ($ in thousands):

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | March 31, 2011 | March 31, 2010 | March 31, 2011 | March 31, 2010 |
| Advertisement, marketing and promotion | $ 15 | $ 1,077 | $ 2,172 | $ 4,346 |
| Travel and entertainment - sales related | 116 | 104 | 319 | 371 |
| Depreciation and amortization | 1,460 | 492 | 2,400 | 1,437 |
| Shipping and handling | 112 | 19 | 397 | 126 |
| Salaries, wages, commissions and related benefits | 3,655 | 1,926 | 7,629 | 5,397 |
| Travel and entertainment - non sales related | 64 | 147 | 246 | 411 |
| Other | 423 | 34 | 787 | 1,312 |
| Total | $ 5,845 | $ 3,799 | $ 13,950 | $ 13,400 |

The changes in these expenses during the third quarter and first nine months of fiscal year 2011, as compared to the corresponding period in 2010 included the following:

- A decrease of $1.1 million or approximately 98.6% in advertising, marketing and promotion spending for the third quarter of fiscal year 2011 and a decrease of $2.2 million or 50.0% for the nine months ended March 31, 2011 as compared to the corresponding period in fiscal year 2010. The decrease in advertising, marketing and promotion spending in the third quarter of fiscal year 2011 was due to the change in advertising expenses and commission payout policy starting in January 2011. In January 2011, we have stopped the advertising activities at the corporate level and significantly increased the commission payout percentage to our sales representatives to provide higher incentives to our sales representatives. The decrease in the advertising, marketing and promotion spending for the nine months period ended March 31, 2011 was primarily due to the change in advertising activities and commission payout policy in the third quarter and fewer marketing and promotion expenses were spent for our Chinese traditional medicines in first six months of fiscal year 2011.

- Travel and entertainment - sales related expenses remained materially consistent for the third quarter and the nine months of fiscal year 2011 and 2010.

- Depreciation and amortization expenses increased by $1.0 million or 196.7% for the third quarter of fiscal year 2011 and increased by $1.0 million or 67% for the nine months ended March 31, 2011 as compared to the corresponding period in fiscal year 2010. The increase was primarily because we started amortizing two land use rights that were purchased in prior year but yet to be developed for construction in the third quarter of fiscal year 2011.

- For the three months ended March 31, 2011 and 2010 and for the nine months ended March 2011 and 2010, shipping and handling expenses increased by $0.1 million or 489.5% and $0.3 million or 215.1%, respectively due to increase in fuel costs.

- Salaries, wages, commissions and related benefits increased by $ 1.7 million or 89.8 % during the third quarter of fiscal year 2011 and increased by $2.2 million or 41.4% during the nine months ended March 31, 2011 as compared to the corresponding period of fiscal year 2010. The increase was primarily due to the accrued compensation to directors and the change in commission payout policy in the third quarter of fiscal year 2011 as mentioned above. We significantly increased the commission payout percentage on our major products to incentivize our sales representatives in the third quarter of fiscal year 2011.

- Travel and entertainment - non sales related expenses decreased by $0.1 million or 56.5% for the third quarter of fiscal year 2011 and $0.2 million or 40.1% for the nine months period ended March 31, 2011 due to less traveling and entertainment activities incurred for administrative purposes.

- Other selling, general and administrative expenses, which include professional fees, utilities, office supplies and expenses increased by $0.4 million or 1144.1% for the third quarter of fiscal 2011 and decreased by $ 0.5million or 40.0% for the nine months ended March 31, 2011 as compared to the corresponding period in fiscal year 2010. The increase in the third quarter of fiscal year 2011 was due to increase in accrued property tax and professional fees. The decrease in the nine months ended March 31, 2011 as compared to the corresponding period of fiscal year 2010 was primarily due to a $0.6 million bad debt expense recovery in fiscal year 2011 as compared to a $0.4 million bad debt expense in fiscal year 2010 and offset by the increased property tax and professional fees.

*RESEARCH AND DEVELOPMENT COSTS.* Research and development costs, which consist of fees paid to third parties for research and development related activities conducted for the Company and cost of materials used and salaries paid for the development of the Company's products, totaled $0.2 million for the three months ended March 31, 2011, were a decrease of $0.9 million or 78.7% compared with the three months ended March 31, 2010 and totaled $ 1.4 million for the nine months ended March 31, 2011, a decrease of $1.9 million or 56.8% compared with the nine months ended March 31, 2010. Research and development expenses mainly related two R&D cooperative agreements which obligated us to make monthly payments to the designated university/institute research and development projects, plus expenses incurred. The decrease in the research and development costs was primarily due to the R&D cooperative agreement with Shandong University completed in September 2010 and we do not have new R&D projects subsequent to the completion.

*OTHER INCOME (EXPENSES).* Our other expenses consisted of financial expenses, change in fair value of derivative liabilities and other non-operating expenses (income). For the three months ended March 31, 2011, we had other income of $0.6 million as compared to $5.0 million of other income for the three months ended March 31, 2010, a decrease of $4.4 million in other income or 87.3%. We had other income of $2.1 million for the nine months ended March 31, 2011 as compared to other expenses of $2.1million for the nine months ended March 31, 2010, an increase of $4.2 million in expenses, or approximately 191.9%. The decrease in other income for the third quarter of fiscal year 2011 was primarily due to a decrease in gain in change in fair value of derivative liabilities of $8.9 million related to our financings in November 2007 and May 2008 and partially offset by the decrease in interest expenses of $4.1 million. The increase in other expense for the nine months ended March 31, 2011 was primarily due to the decrease of $2.0 million in the debt discount amortization expense and financing interest and penalty expenses related to our financings in November 2007 and May 2008 and offset by the increase of $1.6 million gain in change in fair value of derivative liabilities related to the same financings in November 2007 and May 2008.

*NET INCOME.* Our net income for the three months ended March 31, 2011 was $5.1 million as compared to $15.2 million for the three months ended March 31, 2011, a decrease of $10.1 million or 66.7%. Our net income for the nine months ended March 31, 2011 was $26.8 million as compared to $22.7 million for the nine months ended March 31, 2011, an increase of $4.1 million or 18.1%. The decrease in net income during the third quarter of fiscal year 2011 was primarily due to decrease in sales and other income and increase in selling, general and administrative expenses. The increase in our net income for the nine months ended March 31, 2011 as compared to the same period in fiscal year 2010 was primarily attributable to significant increase in other income.

## LIQUIDITY AND CAPITAL RESOURCES

Net cash provided by operating activities for the nine months ended March 31, 2011 was $36.1 million as compared to net cash provided by operating activities of $8.5 million for the nine months ended March 31, 2010. The cash provided by operating activities for the nine months ended March 31, 2011 was mainly attributed to the following: 1) net income of $26.8 million, 2) a decrease in accounts receivable of $14.1 million, 3) an add-back of amortization on debt discount and deferred debt costs of $12.1 million, 4) an add-back of depreciation and amortization expenses of $2.8 million and 5) accrued liabilities of $3.2 million, partially offset by a decrease in other payable of $3.1 million, a decrease in tax payable of $3.6 million and the gain from change in fair value of derivative liabilities of $15.0 million.

Net cash used in investing activities for the nine months ended March 31, 2011 was $0.1 million and mainly attributable to purchases of equipments and building improvements. Net cash used by investing activities for the nine months ended March 31, 2010 was $16.5 million and was mainly attributable to purchase of a land use right for future factory expansion of $17 million.

Net cash used in financing activities for the nine months ended March 31, 2011 was $2.3 million primarily due to payments for bank loans.

We reported a net increase in cash for the nine months ended March 31, 2011 of $38.3 million as compared to a net decrease in cash for the nine months ended March 31, 2010 of $7.8 million.

We have historically financed our operations and capital expenditures principally through private placements of debt and equity offerings, bank loans, and cash provided by operations. At March 31, 2011, almost all of our liquid assets were held in RMB denominations deposited in banks within the PRC. The PRC has strict rules for converting RMB to other currencies and for movement of funds from the PRC to other countries. Consequently, in the future, we may face difficulties in moving funds deposited within the PRC to fund working capital requirements in the U.S. The Company's management is currently evaluating the situation. Our working capital position increased by $51.0 million to $139.6 million at March 31, 2011, from $88.5 million at June 30, 2010. This increase in working capital is primarily attributable to an increase in cash of $38.3 million, decrease in short term bank loans of $2.2 million, decrease in accrued liabilities of $6.0 million, decrease in tax payable of $3.4 million and decrease in derivative liabilities of $17.3 million, and partially offset by decrease in net accounts receivable of $12.4 million and increase in net convertible notes of $3.3 million.

We anticipate that our working capital requirements may increase as a result of our anticipated business expansion plan necessitated by continued increase in sales, potential increases in the price of our raw materials, competition and our relationships with suppliers or customers. We believe that our existing cash, cash equivalents and cash flows from operations will be sufficient to meet our present anticipated future cash needs for at least the next 12 months. We may, however, require additional cash resources due to changed business conditions or other future developments, including any investments or acquisitions we may decide to pursue.

**Contractual Obligations and Off-Balance Sheet Arrangements**

*Contractual Obligations*

We have certain fixed contractual obligations and commitments that include future estimated payments. Changes in our business needs, cancellation provisions, changing interest rates, and other factors may result in actual payments differing from the estimates. We cannot provide certainty regarding the timing and amounts of payments. We have presented below a summary of the most significant assumptions used in our determination of amounts presented in the tables, in order to assist in the review of this information within the context of our consolidated financial position, results of operations, and cash flows. The following tables summarize our contractual obligations as of March 31, 2011 (dollars in thousands), and the effect these obligations are expected to have on our liquidity and cash flows in future periods:

| | | | Payments Due by Period | | |
|---|---|---|---|---|---|
| Contractual obligations : | Total | Less than 1 year | 1-3 Years | 3-5 Years | 5 Years + |
| Convertible debentures | $     13,880 | $     13,880 | $        - | $        - | $        - |
| Total | $     13,880 | $     13,880 | $        - | $        - | $        - |

*Off-balance Sheet Arrangements*

We have not entered into any other financial guarantees or other commitments to guarantee the payment obligations of any third parties or related parties. We have not entered into any derivative contracts that are indexed to our shares and classified as shareholder's equity or that are not reflected in our consolidated financial statements. Furthermore, we do not have any retained or contingent interest in assets transferred to an unconsolidated entity that serves as credit, liquidity or market risk support to such entity. We do not have any variable interest in any unconsolidated entity that provides financing, liquidity, market risk or credit support to us or engages in leasing, hedging or research and development services with us.

**Risk Factors**

*Interest Rates*. Our exposure to market risk for changes in interest rates primarily relates to our short-term investments and short-term obligations; thus, fluctuations in interest rates would not have a material impact on the fair value of these securities. At March 31, 2011, we had approximately $157.3 million in cash and cash equivalent and restricted cash. A hypothetical 2% increase or decrease in interest rates would not have a material impact on our earnings or loss, or the fair market value or cash flows of these instruments.

*Foreign Exchange Rates*. All of our sales are denominated in the Chinese Renminbi ("RMB"). As a result, changes in the relative values of U.S. Dollars and RMB affect our reported levels of revenues and profitability as the results are translated into U.S. Dollars for financial reporting purposes. Fluctuations in exchange rates between the U.S. Dollar and RMB affect our gross and net profit margins and could result in foreign exchange and operating losses.

Furthermore, we translate monetary assets and liabilities denominated in other currencies into RMB, the functional currency of our operating business. Our results of operations and cash flows are translated at average exchange rates during the period, and assets and liabilities are translated at the unified exchange rate as quoted by the People's Bank of China at the end of the period. Translation adjustments resulting from this process are included in accumulated other comprehensive income in our statements of shareholders' equity. We recorded net foreign currency gains (loss) of approximately $6.6 million and $197,000 for the nine months ended March 31, 2011 and 2010, respectively. We have not used any forward contracts, currency options or borrowings to hedge our exposure to foreign currency exchange risk. We cannot predict the impact of future exchange rate fluctuations on our results of operations and may incur net foreign currency losses in the future.

36

Our financial statements are expressed in U.S. dollars but the functional currency of our operating subsidiary is the RMB. The value of your investment in our stock will be affected by the foreign exchange rates between the U.S. dollar and the RMB. To the extent we hold assets denominated in U.S. dollars, any appreciation of the RMB against the U.S. dollar could result in a change to our statements of operations and a reduction in the value of our U.S. dollar denominated assets. On the other hand, a decline in the value of RMB against the U.S. dollar could reduce the U.S. dollar equivalent amounts of our financial results, the value of your investment in our company and the dividends we may pay in the future, if any, all of which may have a material adverse effect on the price of our stock.

*Credit Risk.* We have not experienced significant credit risk, as most of our customers are long-term customers with excellent payment records. We review our accounts receivable on a regular basis to determine if the allowance for doubtful accounts is adequate at each quarter-end. We typically extend 60 to 90 day trade credit to our largest customers and we have not seen any of our major customers' accounts receivable go uncollected beyond the extended period of time or experienced any material write-off of accounts receivable in the past.

*Inflation Risk.* In recent years, China has not experienced significant inflation, and thus inflation has not had a material impact on our results of operations. According to the National Bureau of Statistics of China (NBS) (www.stats.gov.cn), the change in Consumer Price Index (CPI) in China was 4.7%, 5.9% and -0.7% in 2007, 2008 and 2009, respectively. Inflationary factors, such as increases in the cost of our products and overhead costs, could impair our operating results. Although we do not believe that inflation has had a material impact on our financial position or results of operations to date, a high rate of inflation may have an adverse effect on our ability to maintain current levels of gross margin and selling, general and administrative expenses as a percentage of sales revenue if the selling prices of our products do not increase with these increased costs.

37

**Related Party Transactions**

Other receivable - related parties

The Company leases two of its buildings to Jiangbo Chinese-Western Pharmacy, a company owned by the Company's Chairman of the Board and other majority shareholders. For the three months ended March 31, 2011 and 2010, the Company recorded other income of approximately $84,000 and $81,000 from leasing the two buildings to this related party. For the nine months ended March 31, 2011 and 2010, the Company recorded other income of approximately $248,000 and $242,000 from leasing the two buildings to this related party. As of March 31, 2011 and June 30, 2010, amount due from this related party was approximately $252,000 and $324,000, respectively.

Other payables - related parties

Other payables-related parties primarily consist of accrued salary payable to the Company's officers and directors, and advances from the Company's Chairman of the Board. These advances are short-term in nature and bear no interest. The amounts are expected to be repaid in the form of cash.

Other payables - related parties consisted of the following:

| | March 31, 2011 (Unaudited) | June 30, 2010 |
|---|---|---|
| Payable to Wubo Cao, Chairman of the Board | $ 204,732 | $ 154,866 |
| Payable to Shandong Hilead Biotechnology Co., Ltd., majority owned by Wubo Cao, Chairman of the Board and former Chief Executive Officer (1) | | 48,609 |
| Payable to Michael Marks, Director | 27,500 | |
| Payable to HaiboXu, Former Chief Operating Officer and Director | | 33,688 |
| Payable to Elsa Sung, Former Chief Financial Officer | 11,308 | 5,932 |
| Payable to JianGe, Director | 112,500 | |
| Payable to Huang Lei, Director | 112,500 | |
| Payable to XiaoweiFeng, Director | 22,500 | |
| Payable to John Wang, Director | 35,500 | 12,500 |
| Total other payable - related parties | $ 526,540 | $ 255,595 |

(1)   The Company leases two warehouses from Shandong Hilead Biotechnology Co., Ltd., a company majority owned by the Company's Chairman and former Chief Executive Officer. The rent expense related to this lease for the periods ended at March 31, 2011 and 2010 were immaterial.

On December 23, 2010, the Company advanced approximately $104,000 to Jiangbo Chinese-Western Pharmacy, an entity that is 90% owned by Wubo Cao, the Company's Chairman, on an unsecured and interest free basis. The amount was fully repaid by Jiangbo Chinese-Western Pharmacy on December 30, 2010.

**CRITICAL ACCOUNTING POLICIES AND ESTIMATES**

We believe that the application of the following accounting policies, which are important to our financial position and results of operations, require significant judgments and estimates on the part of management. Our critical accounting policies and estimates present an analysis of the uncertainties involved in applying a principle, while the accounting policies note to the financial statements (Note 2) describe the method used to apply the accounting principle. There have been no significant changes in the Company's critical accounting policies since June 30, 2010.

**Recent Accounting Pronouncements**

In the third quarter of 2011, The Financial Accounting Standards Board ("FASB") has issued ASU No. 2011-01 through ASU 2011-3, which is not expected to have a material impact on the consolidated financial statements upon adoption.

**Item 3. Quantitative and Qualitative Disclosures About Market Risk**

Not required for smaller reporting companies.

**Item 4T. Controls and Procedures**

*(a) Evaluation of Disclosure Controls and Procedures.*

Disclosure controls and procedures are the Company's controls and other procedures that are designed to ensure that information required to be disclosed in the reports that the Company files or submits under the Securities Exchange Act of 1934, as amended (the "Exchange Act") is recorded, processed, summarized and reported within the time periods specified in the Securities and Exchange Commission's rules and forms. Disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that information required to be disclosed in the reports that the Company files under the Exchange Act is accumulated and communicated to management, including the Chief Executive Officer and Interim Chief Financial Officer, as appropriate, to allow timely decisions regarding required disclosure. Due to the inherent limitations of control systems, not all misstatements may be detected. These inherent limitations include the realities that judgments in decision-making can be faulty and the breakdowns can occur because of a simple error or mistake. Additionally, controls can be circumvented by the individual acts of some persons, by collusion of two or more people, or by management override of the control. Controls and procedures can only provide reasonable, not absolute, assurance that the above objectives have been met.

40

As of the end of the Company's third quarter ended March 31, 2011 covered by this report, the Company carried out an evaluation, with the participation of the Company's management, including the Company's Chief Executive Officer and Interim Chief Financial Officer, of the effectiveness of the Company's disclosure controls and procedures pursuant to Rule 13a-15(e) and 15d-15(e) of the Exchange Act. Based on that evaluation, the Company's Chief Executive Officer and Interim Chief Financial Officer concluded that our disclosure controls and procedures were not effective as of March 31, 2011, due to the significant deficiencies that we identified in internal control over financial reporting in our annual report on Form 10-K for the fiscal year ended June 30, 2010 (the "Form 10-K").

**Remediation Measures of Significant Deficiencies**

We have implemented, or plan to implement, the measures described below under the supervision and guidance of our management to remediate the control deficiencies identified in the Form 10-K and to strengthen our internal controls over financial reporting. Key elements of the remediation effort include, but are not limited to, the following initiatives, which have been implemented, or are in the process of implementation, as of the date of filing of this interim report:

1.  We have started training our internal accounting staff on US GAAP and financial reporting requirements. Additionally, we are also taking steps to hire additional senior US GAAP financial reporting personnel to ensure we have adequate resources to meet the requirements of segregation of duties.

2.  We have involved both internal accounting and operations personnel and a reputable outside independent consultants with US GAAP technical accounting expertise in the evaluation process and providing remediation plans for our internal controls a complex, non-routine transaction to obtain additional guidance as to the application of generally accepted accounting principles to such a proposed transaction. As of June 30, 2010, the internal control consultants have completed initial evaluation and provided remediation plans to our senior management. We are currently in the process of modifying and implementing new policies and procedures within the financial reporting process.

3.  We have continued to evaluate the internal control function in relation to the Company's financial resources and requirements. We have established an internal control department and the department have started evaluating the Company's current internal control over financial reporting process. To the extent possible, we will provide necessary trainings to our internal control staff and implement procedures to assure that the initiation of transactions, the custody of assets and the recording of transactions will be performed by separate individuals.

We believe that the foregoing steps will remediate the significant deficiencies identified above, and we will continue to monitor the effectiveness of these steps and make any changes that our management deems appropriate to insure that the foregoing do not become material weaknesses. We are currently evaluating the date for full implementation of the above remediation plan.

A material weakness (within the meaning of PCAOB Auditing Standard No. 5) is a deficiency, or a combination of deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of our annual or interim financial statements will not be prevented or detected on a timely basis. A significant deficiency is a deficiency, or a combination of deficiencies, in internal control over financial reporting that is less severe than a material weakness, yet important enough to merit attention by those responsible for oversight of the company's financial reporting.

Our management is not aware of any material weaknesses in our internal control over financial reporting, and nothing has come to the attention of management that causes them to believe that any material inaccuracies or errors exist in our financial statements as of March 31, 2011. The reportable conditions and other areas of our internal control over financial reporting identified by us as needing improvement have not resulted in a material restatement of our financial statements. Nor are we aware of any instance where such reportable conditions or other identified areas of weakness have resulted in a material misstatement or omission in any report we have filed with or submitted to the Commission

(b) *Changes in internal controls over financial reporting*. During the nine months covered by this quarterly report, there was no change in our internal control over financial reporting that has materially affected, or is reasonably likely to materially affect, our internal control over financial reporting.

A control system, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control systems are met. Because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues, if any, within a company have been detected. Such limitations include the fact that human judgment in decision-making can be faulty and that breakdowns in internal control can occur because of human failures, such as simple errors or mistakes or intentional circumvention of the established process.

## PART II

### Item 1. Legal Proceedings

The Company is involved in various legal matters arising in the ordinary course of business. The Company currently does not have any pending legal proceedings that expect to have a significant impact on the Company.

### Item 1A. Risk Factors

Except as set forth below, there are no material changes from the risk factors previously disclosed in the Annual Report on Form 10-K for the year ended June 30, 2010, filed with the SEC on September 28, 2010.

*We were required to repay the November 2007 Debenture on or prior to February 28, 2011 and are required to repay the May 2008 Notes on or prior to May 30, 2011.*

We became delinquent in the payment of principal on our November 2007 Debenture on March 1, 2011. To date, we have remained unable to make these payments. We were required to repay the then outstanding aggregate principal amount of the November 2007 Debentures, together with all accrued interest and penalties. As of March 31, 2011 and the date of this report, no formal event of default notice has been  presented by the sole holder of the November 2007 Debentures and we are currently in discussions with the sole holder of the November 2007 Debenture to resolve the delinquent situation. However, the sole holder of the November 2007 Debentures may deliver an acceleration notice to us at any time. In the event that an acceleration notice is delivered to us, a cross-default will occur with respect to our May 2008 Notes and the majority holder of the May 2008 Notes will have the right to deliver an acceleration notice with respect to th May 2008 Notes. In such an event, we may be forced to seek protection under the United States Bankruptcy Code. In addition, on May 30, 2011, we will be required to repay the then outstanding aggregate principal amount of the May 2008 Notes, together with all accrued interest. There can be no assurance that we will be able to make the repayments on time. In the event that we are unable to repay the May 2008 Notes, when due, the majority holder of the May 2008 Notes may deliver an acceleration notice to the Company with respect to the May 2008 Notes.  In the event that an acceleration notice is delivered to us, we may be forced to seek protection under the United States Bankruptcy Code.

### Item 2. Unregistered Sales of Equity Securities and Use of Proceeds

In January 2011, the Company issued 3,250 shares of common stock to a consultant for services. The Company valued these shares at the fair market value on the service contract date of $8.40 per share, or $27,300 in total, based on the trading price of common stock on the contract date. For the nine months ended March 31, 2011, the Company recorded stock-based compensation expense of $27,300 related to this issuance accordingly.

In January 2011, in connection with the settlement (see Note 12) with the November 2007 Debentures and May 2008 Notes holders, the Company issued 886,277 shares of its common stock and the shares were valued at fair market value on the date of settlement at $6.64 per share or $5,884,879 in total, based on the trading price of the common stock. For the nine months ended March, 2011, the Company recorded settlement income of approximately $262,000 related to this settlement.

In March 2011, the Company issued a total of 3,200 shares of common stock to two of the Company's directors and officers as compensations. The Company valued these shares at the fair market value on the date of grant of $4.38 per share, or $14,016 in total, based on the trading price of common stock. For the nine months ended March 31, 2011, the Company recorded stock based compensation expense of $14,016 related to this

issuance accordingly.

42

**Item 3. Defaults Upon Senior Securities**

On January 19, 2011, the Company and the sole holder of the November 2007 Debentures and majority holder of the May 2008 Notes (the " Holder") entered into a Letter Agreement whereby the Company agreed to issue a total of 886,277 shares of its common stock to the Holder and the other holders of the May 2008 Notes holders by January 20, 2011 for all accrued interest and related interest penalty and the Holder agreed to waive the events of default provisions set forth in the November 2007 Debentures and May 2008 Notes.  The Holder also agreed to extend the due date of the November 2007 Debentures to February 28, 2011. The Company was unable to make the principal payment and became delinquent on the 2007 Debentures on March 1, 2011.  As of March 31, 2011 and the date of this report, no formal event of default notice has been presented by the sole holder of the November 2007 Debentures to the Company and the Company is currently in discussion with the holder to resolve the delinquent situation.

**Item 4. (Removed and Reserved.)**

**Item 5. Other Information.**

None.

**Item 6. Exhibits**

| No. | Description |
| --- | --- |
| 10.1 | Employment Contract between Ms. Ziling Sun, the Company and Laiyang Jiangbo Pharmaceuticals, Co., Ltd., dated May 12, 2011 (1). |
| 31.1 | Certification of Chief Executive Officer pursuant to Rule 13a-14(a)/15d-14(a) of the Securities Exchange Act of 1934, as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 31.2 | Certification of Interim Chief Financial Officer pursuant to Rule 13a-14(a)/15d-14(a) of the Securities Exchange Act of 1934, as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 32.1 | Certification of Chief Executive Officer and Interim Chief Financial Officer pursuant to 18 U.S.C. 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |

(1)     Incorporated by reference to the Company's Current Report on Form 8-K filed on May 16, 2011.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**JIANGBO PHARMACEUTICALS, INC.**

Date: May 23, 2011

By:  /s/ Jin Linxian
　　　Jin Linxian
　　　Chief Executive Officer
　　　(Principal Executive Officer)

Date: May 23, 2011

By:  /s/ Ziling Sun
　　　Ziling Sun
　　　Interim Chief Financial Officer
　　　(Principal Accounting and Financial Officer)

44

## EXHIBIT INDEX

| No. | Description |
|---|---|
| 10.1 | Employment Contract between Ms. Ziling Sun, the Company and Laiyang Jiangbo Pharmaceuticals, Co., Ltd., dated May 12, 2011 (1). |
| 31.1 | Certification of Chief Executive Officer pursuant to Rule 13a-14(a)/15d-14(a) of the Securities Exchange Act of 1934, as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 31.2 | Certification of Interim Chief Financial Officer pursuant to Rule 13a-14(a)/15d-14(a) of the Securities Exchange Act of 1934, as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 32.1 | Certification of Chief Executive Officer and Interim Chief Financial Officer pursuant to 18 U.S.C. 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |

(1)   Incorporated by reference to the Company's Current Report on Form 8-K filed on May 16, 2011.

Exhibit 31.1

CERTIFICATION OF CHIEF EXECUTIVE OFFICER
PURSUANT TO RULE 13A-14(A)/15D-14(A) OF THE SECURITIES EXCHANGE ACT OF 1934, AS ADOPTED
PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002

I, Jin Linxian, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Jiangbo Pharmaceuticals, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15 (f)) for the registrant and have:

a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures as of the end of the period covered by this report based on such evaluation; and

d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of registrant's board of directors (or persons performing the equivalent functions):

a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: May 23, 2011
/s/ Jin Linxian
Jin Linxian
Chief Executive Officer
(Principal Executive Officer)

Exhibit 31.2

CERTIFICATION OF CHIEF FINANCIAL OFFICER
PURSUANT TO RULE 13A-14(A)/15D-14(A) OF THE SECURITIES EXCHANGE ACT OF 1934, AS ADOPTED
PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002

I, Ziling Sun, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Jiangbo Pharmaceuticals, Inc. ;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15 (f)) for the registrant and have:

a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures as of the end of the period covered by this report based on such evaluation; and

d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of registrant's board of directors (or persons performing the equivalent functions):

a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: May 23, 2011
/s/Ziling Sun
Ziling Sun
Interim Chief Financial Office
(Principal Accounting and Financial Officer)

Exhibit 32.1

CERTIFICATION OF CHIEF EXECUTIVE OFFICER AND CHIEF FINANCIAL OFFICER
PURSUANT TO 18 U.S.C. 1350, AS ADOPTED PURSUANT TO SECTION 906 OF
THE SARBANES-OXLEY ACT OF 2002

Each of the undersigned hereby certifies, in his or her capacity as an officer of Jiangbo Pharmaceuticals, Inc. (the "Company"), for the purposes of 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that to the best of his or her knowledge:

(1) The Quarterly Report of the Company on Form 10-Q for the quarter ended March 31, 2011 fully complies, in all material respect, with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Dated: May 23, 2011
/s/ Jin Linxian
Jin Linxian
Chief Executive Officer
(Principal Executive Officer)

Dated: May 23, 2011
/s/ Ziling Sun
Ziling Sun
Interim Chief Financial Officer
(Principal Accounting and Financial Officer)