**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 11-22556-Civ-COOKE/BANDSTRA**

In re JIANGBO PHARMACEUTICALS,
INC., SECURITIES LITIGATION

_____/

**ORDER DISMISSING DEFENDANTS**
**FROST, PLLC AND CFO ONCALL, INC. WITHOUT PREJUDICE**

THIS MATTER is before me on Plaintiff's Notices of Voluntary Dismissal of Defendants

Frost, PLLC and CFO Oncall, Inc. without Prejudice pursuant to FRCP 41(a)(1)(A)(i).  (ECF Nos.

81, 82).

It is **ORDERED AND ADJUDGED** that:

1.  Defendants Frost, PLLC and CFO Oncall, Inc. are **DISMISSED** from this case *without*

    *prejudice*.

2.  The Clerk shall *administratively* **TERMINATE** Defendants Frost, PLLC and CFO

    Oncall, Inc. from this case.

**DONE and ORDERED** in chambers at Miami, Florida, this 22ND day of May 2012.

_____

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of record*