UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-22556-Civ-COOKE/TORRES

In re JIANGBO PHARMACEUTICALS,
INC., SECURITIES LITIGATION

_____/

**FINAL JUDGMENT AS TO ELSA SUNG**

THIS CAUSE is before me on Defendant Elsa Sung's Motion for Entry of Final Judgment, ECF No. 125.  Having considered the Motion, the Omnibus Order, ECF No. 99, dismissing claims against Elsa Sung, the record, and being fully advised in the premises, I find that there is no reason just reason for delay because (i) entry of a final judgment as to Elsa Sung will not result in unnecessary appeal; (ii) there is no objections to the relief requested in the motion; (iii) requiring Elsa Sung to monitor the status of this litigation is not in the interests of justice.

Accordingly, it is **ORDERED and ADJUDGED** that Elsa Sung's Motion, ECF No. 125, is **GRANTED** as follows:

Pursuant to Federal Rule of Civil Procedure 58, and all claims against Elsa Sung having been dismissed pursuant to the Omnibus Order, ECF No. 99, **JUDGMENT** is hereby entered, in favor of Defendant Elsa Sung and against Lead Plaintiffs Christopher Brody and Tara Lewis, as representatives of the class members.

**DONE and ORDERED** in chambers at Miami, Florida, this 19th day of December 2013.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*