**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 11-Civ-22556-COOKE/TORRES**

In re JIANGO PHARMACEUTICALS, INC.
SECURITIES LITIGATION
_____/

**ORDER REQUIRING MOTION FOR DEFAULT JUDGMENT**
**AND ADMINISTRATIVELY CLOSING THE CASE**

After an independent review of the record, I notice that default has been entered by the Clerk of the Court against Defendants Cao Wubo and Jin Linxian, ECF No. 120, for failure to appear, answer or otherwise respond to the Summons and Complaint within the time required by law. Although the Clerk entered a default pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs Tara Lewis and Christopher Brophy have not yet moved for a default judgment pursuant to Federal Rule of Civil Procedure 55(b).

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. Plaintiffs Tara Lewis and Christopher Brophy shall file a motion for default judgment, or shall show cause why such a motion should not be filed, by 5:00 p.m. on Friday, September 26, 2014.

2. Defendants Cao Wubo and Jin Linxian shall show cause why a motion for default judgment should not be granted by 5:00 p.m. on Friday, September 26, 2014.

3. Plaintiffs shall serve this Order on Defendants Cao Wubo and Jin Linxian via U.S. Mail at the addresses at which Plaintiffs effected service on Defendants.

4. The Clerk shall **ADMINISTRATIVELY CLOSE** this case until such time an Order is entered on Plaintiffs' Motion for Default Judgment.

**DONE and ORDERED** in chambers at Miami, Florida, this 17th day of September 2014.

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*